**REPUBLICA DE COLOMBIA**



**LA SUSCRITA  SECRETARIA DEL CENTRO DE SERVICIOS
ADMINISTRATIVOS DEL JUZGADO SEXTO PENAL DELCIRCUITO
ESPECIALIZADO
CENTRO DE APOYO ADMINISTRATIVO.
SECRETARIA
CALLE 31 NRO. 6 24 SEGUNDO PISO**

## CERTIFICA:

Que dentro de la causa No. 767-6 (11-001-31-07-006-2006-0048-00) seguida en contra de **JUAN DE LOS SANTOS VERGARA RAMÍREZ identificado con C.C. No. 16´474.001 de Buenaventura (Valle),** el señor Juez Sexto Penal del circuito Especializado de Bogotá profirió sentencia condenatoria mediante providencia de Junio doce (12) de dos mil seis (2006) por el delito de tráfico, fabricación o porte de estupefacientes agravado, así mismo fue confirmada en segunda instancia mediante fallo de fecha Agosto diecisiete (17) de dos mil siete (2007)**.** De igual manera se ordenó que una vez ejecutoriada la decisión fuese remitido a los Juzgados de Ejecución de Penas y Medidas de Seguridad, determinación que ya fue cumplida.

La ocurrencia de los hechos data del 3 de abril de 2006 a las 17:15 horas en la cual un grupo de investigadores pertenecientes al Grupo de Policía Judicial de la DIJIN de la Policía Nacional recibió información suministrada por fuente humana registrada con la DEA, lo cual permitió que se trasladaran a la bodega ubicada en la calle 161 A No. 32 A - 54 de Bogotá, en la cual se encontró un cargamento de dulces y confetis contaminado con estupefacientes cocaína para ser enviada al exterior. Que de acuerdo con lo anterior, al momento de proceder a realizar la respectiva corroboración el señor VERGARA RAMÍREZ de manera espontánea afirmo que se trataba de cocaína. Llevada a cabo la prueba P.I.P.H., arrojó resultado positivo para cocaína, con un peso neto de QUINIETOS CINCUENTA Y CUATRO MIL DOSICIENTOS SESENTA Y TRES PUNTO DOS GRAMOS (554.263.2 gr). Con respecto a la clase de sustancia se procedió a la captura del seor JUAN DE LOS  SANTOS VERGARA RAMÍREZ, lo cual a su vez manifestó voluntariamente que en la calle 140  No. 53 A – 41 Apto. 302 de Bogotá se encontraría también acopiada sustancia de la misma naturaleza, por lo que se procedió a llevar diligencia de allanamiento y registro sobre este inmueble,  sitio en el que efectivamente se halló MIL CIENTO NOVENTA