PUNTO CUARENTA Y CINCO KILOGRAMOS (1190.45 kg.), no hubo capturados.

Revisado el plenario se observa que el ciudadano YESID REMIGIO VARAGAS CUENCA identificado con C.C. No. 12´122.642 de Neiva, no se encuentra vinculado a esta causa, como tampoco otras personas ni se dispuso compulsa de copias para vincular a otros ciudadanos respecto de los mismos hechos, significando con ello no hay personas condenadas ni privadas de la libertad como tampoco existe solicitud de extradición.

Finalmente, de acuerdo con lo anterior, me permito informarle que de conformidad con el auto de fecha veinticuatro (24) de mayo de los corrientes proferido por el señor Juez Sexto (6º) Penal del Circuito Especializado de Bogotá, cualquier inquietud al respecto que revista su importancia y en atención a la petición impetrada podrá acercarse al Centro de Servicios Administrativos de los Juzgados Especializados para lo cual podrá tener acceso al expediente y para los fines indicados en la solicitud, no obstante también puede acercarse a los Juzgados de Ejecución de Penas y Medidas de Seguridad de esta ciudad para mayor información.

Autoridades que conocieron

| Autoridad | Radicado |
|---|---|
| UNIDAD NACIONAL DE FISCALIAS ANTINARCÓTICOS E INTERDICCIÓN MARITIMA | |
| JUZGADO SEXTO ESPECIALIZADO DE BOGOTA | 767-6 |
| TRIBUNAL SUPERIOR DE BOGOTA –SALA PENAL- | 110016000023200601681 – 01- 0087 |
| JUZGADOS DE EJECUCIÓN DE PENAS Y MEDIDAS DE SEGURIDAD | REPARTO |

Anexo Copia de la Formulación de Acusación, Sentencia de Primera y Segunda Instancia contentivos en veintitrés (23) folios.

Se expide en Bogotá D.C., a los veinticinco (25) días del mes de Mayo de dos mil siete (2007), con destino al Departamento Administrativo de Seguridad D.A.S. para la expedición del Certificado Judicial.

*AMPARO TORRES RAMOS*
Secretaria

Gham