*1*

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

REPUBLIC OF COLOMBIA

THE UNDERSIGNED SECRETARY OF ADMINISTRATIVE SERVICES CENTER
OF THE SIXTH CRIMINAL COURT OF THE SPECIALIZED CIRCUIT
ADMINISTRATIVE SUPPORT CENTER
SECRETARY'S OFFICE
Calle 31 Number 6 - 24 Second Floor

**DOES HEREBY CERTIFIES:**

That within prosecution No. 767-6 (11-001-31-07-006-2006-0048-00) against **JUAN DE LOS SANTOS VERGARA-RAMÍREZ** identified with Colombian Citizen's Card No. 16,474.001 issued in the city of Buenaventura (Valle Department), the Honorable Sixth Criminal Judge from the Specialized Circuit of Bogotá issued a guilty verdict through sentence dated Twelfth (12th) June Two Thousand and Six (2006) for aggravated drug trafficking, manufacturing or transporting, as well as confirming it in second instance through sentence dated Seventeenth (17th) August Two Thousand and Seven (2007). Likewise, it was ordered to forward the decision to the Sentences and Security Measures Execution Courts once executed, determination already fulfilled.

The occurrence of the facts dates from 3rd April 2006 at 17:15 hours when a group of investigators belonging to the Judicial Police Group of the DIJIN National Police received information provided by a human source registered with the DEA, which enabled to enter into the warehouse located at "Calle" 161 A No. 32 A - 54 of Bogotá, where a shipment of cocaine contaminated sweets and confetti was found ready to be sent abroad. That in accordance with the above-mentioned, when carrying out the appertaining verification, Mr. VERGARA-RAMÍREZ spontaneously stated that it was cocaine. When the P.I.P.H. test had concluded it showed a positive result for cocaine, with a net weight of FIVE HUNDRED AND FIFTY FOUR THOUSAND, TWO HUNDRED AND SIXTY THREE POINT TWO GRAMS (554.263.2 gr.). Because the class of substance, Mr. JUAN DE LOS SANTOS VERGARA-RAMIREZ was arrested and he then voluntarily stated that there was also the same type of substance in the "Calle" 140

*Ernesto Quintero Barbies*
Traductor e Intérprete Oficial