2

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

No. 53 A - 41 Apto. 302 of Bogotá, therefore a raid and search on such property was carried out and indeed ONE THOUSAND ONE HUNDRED AND NINETY POINT FORTY FIVE KILOGRAMS (1190.45 kg.), were found and sized.

Once the plenary has been reviewed, it can be seen that Citizen **YESID REMIGIO VARGAS-CUENCA** identified with Colombian Citizen's Card No. 12,122.642 issued in the city of Neiva is not linked to this cause, neither other people nor the delivery of copies linking other citizens regarding the same facts has been ordered, meaning thus that there is not other people sentenced nor convicted as well as there are no requests for extradition.

Finally, in accordance with the above-mentioned, may I inform you that in accordance with writ dated Twenty-fourth (24th) May of this year issued by the Honorable Sixth (6th) Criminal Judge from the Specialized Circuit of Bogotá, any important question and due to the petition submitted, you shall be allowed to contact the Administrative Services Center of the Specialized Courts and then you shall be able to have access to the file and for the purposes stated in the application, nevertheless you can also contact the Sentences and Security Measures Execution Courts of this city for further information. Related Authorities

| Authority | Filed |
|---|---|
| Maritime Interdiction and Drugs-Control General Attorneys National Unit | |
| Sixth Specialized Court of Bogotá | 767-6 |
| Superior Court of Bogotá – Criminal Hearings | 110016000023200601681 -01- 0087 |
| Sentences and Security Measures Execution Courts | Assignment |

*Ernesto Quintero Barbier*
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996