3

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

Please find attached copies of the Submittal of Charges, First and Second Instance Sentences contained in twenty-three (23) folios.

Issued in Bogotá D.C., on the Twenty-fifth (25th) day of May Two Thousand and Seven (2007), addressed to the Administrative Department of Security D.A.S. for the issuance of the Police Records Certificate.

(Illegible Signature)
AMPARO TORRES RAMOS
Secretary

SEAL: Criminal Courts of the Specialized Circuit – Secretary's Office – Santafe de Bogotá

---

### Certification of Translator's Competence

I, ERNESTO QUINTERO BARBIER, hereby certify that the attached is an accurate translation of the original Certificate in Spanish and that I am competent in both English and Spanish languages, to render such translation. – Official Translator and Interpreter in and for the Republic of Colombia, with License granted by the Colombian Ministry of Justice through Resolution No. 0057 dated 5th February 1996, duly sworn and qualified to act as such, and whose signature is duly registered in the Office of Legalization of the Ministry of Foreign Affairs of Colombia in the City of Bogotá.
My forwarding address is: Carrera 3 No. 17–41 - E-mail: eqtraducciones@hotmail.com
Telephone: 318 7460 / 318 7461 / 284 1179 – Fax: 284 7759
Bogotá D.C., - Colombia, South America.

Bogotá D.C., 29th May 2008

Ernesto Quintero Barbier
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996