# EXHIBIT "B"

*1*

PRELIMINAR No. 914

MINISTERIO DE DEFENSA NACIONAL – POLICIA NACIONAL- DIRECCION GENERAL- JUZGADO CIENTO CUARENTA Y CUATRO DE INSTRUCCIÓN PENAL MILITAR.-

Bogotá, D.C. siete (7) de mayo de dos mil ocho (2008)

ASUNTO A TRATAR:

Al Despacho las diligencias preliminares de radicación No. 914 seguidas respecto de UN PERSONAL EN averiguación, por el presunto delito de COHECHO, para decidir si se DICTA RESOLUCIÓN DE APERTURA DE INSTRUCCIÓN o en su defecto se da aplicación al Art. 458 del Estatuto Penal Castrense.

DE LOS HECHOS:

Se conocieron a través de la denuncia que formuló el señor YESID REMIGIO VARGAS CUENCA, dando cuenta que fue capturado por agentes de la DIJIN el día 19 de Agosto de 2006, en su residencia porque se le notificó de la existencia de una orden de captura en su contra y con fines de extradición, hallándose detenido en la cárcel de máxima seguridad de Combita (Boyacá). Que se le acusa de haber distribuido US28.000 dólares a oficiales de la Policía Nacional en abril de 2006, para permitir el transporte de 400 kilogramos de cocaína. Que si eso es así, se deben investigar las conductas de los presuntos implicados conforme al ordenamiento penal del País.