2   2

ACOPIO PROBATORIO:

El denunciante aporta copia del documento mediante el cual se le formulan cargos por tráfico de drogas prohibidas, en el que se mencionan las presuntas conductas ilícitas cometidas por personal de la Policía Nacional que al parecer cohonestaba con la actividad de la persona capturada y dedicada a las actividades del narcotráfico. Sólo que no se menciona a ningún policial en particular.

Se practicó diligencia de INSPECCION JUDICIAL al proceso que adelanta la H. Corte Suprema de Justicia en contra del señor TC. ® YESID REMIGIO VARGAS CUENCA, sobre la extradición solicitada por el gobierno de los Estados Unidos de América. En el expediente a la fecha de visita inspectiva, no se ha proferido pronunciamiento de fondo.

Diligencia de declaración que rinde el señor YESID REMIGIO VARGAS CUENCA, en la cárcel de máxima seguridad de Combita (Boyacá), donde se ratifica íntegramente del contenido de su denuncia. Luego de su relato de lo que en su sentir le parece irregular en el pliego de cargos que se le formulan y que son el sustento de la petición de su extradición, considera procedente denunciar los hechos en los que se le involucra de entregar dinero a personal de la Institución para permitirle la salida de cocaína hacia diferentes destinos, investigación que deberá involucrar a esas personas señaladas como sus cómplices en la actividad ilícita para que también sean extraditados. Afirma no tener ni idea de qué policías están hablando, como las personas que recibían dinero de él para permitirle el transporte de sustancias prohibidas.

3   3

El oficio emitido por el Jefe de Area de Coordinación y Control General de la DIJIN, informa que la captura contra el señor TC.® YESID REMIGIO VARGAS CUENCA obedeció a la nota diplomática No.2029 expedida el 11 de Agosto de 2006, en razón de la orden de captura que suscribió la Corte Distrital de los EE. UU, para el Distrito Sur de New York, por lo tanto la participación del personal policial, fue meramente una asistencia judicial a solicitud de la Fiscalía General de la Nación, dejando a disposición al capturado en la Oficina de Asuntos Internacionales de esa Entidad. El personal que participó en la captura del mencionado oficial, estuvo al mando del señor MY. ELIÉCER CAMACHO JIMÉNEZ.

Documento emanado de la Fiscalía General de la Nación, decretando la captura del ciudadano YESID REMIGIO VARGAS CUENCA conforme a la petición que en tal sentido eleva una Corte de los Estados Unidos. Captura que se hace efectiva según documentos obrantes en autos.

Se aportó fotocopia de la actuación que adelanta la H. Corte Suprema de Justicia sobre la solicitud de Extradición, sin que a la fecha de su envío se hubiera emitido pronunciamiento de fondo.

Declaración del señor MY. JAIRO GORDILLO ROJAS quien da cuenta que para la fecha de la captura del denunciante, laboraba en la DIJIN Grupo de Telemática, y un fin de semana se le ordenó trasladarse con un grupo especial COMCA a la dirección registrada como calle 138 con 52, para notificarle al señor YESID REMIGIO VARGAS CUENCA para que se presentara en la DIJIN para notificarle el asunto en investigación. El entró a la residencia del notificado y pasados unos 10 minutos salieron de allí con la esposa del ex oficial hacia la DIJIN para los fines solicitados. Esa fue su participación en esta captura. Desconoce por completo