4

cualquier cargo contra personal de la Institución sobre recibo de dinero que hubiera entregado el capturado en alguna oportunidad.

Declaración de la señora MARIA CRISTINA SARRIA ROJAS donde manifiesta que no conoce de relaciones comerciales o de alguna especie entre su esposo el AG. HUMBERTO AVILA hoy extraditado y el señor YESID REMIGIO VARGAS CUENCA, por consiguiente no tiene idea del asunto que se ventila en esta averiguación.

Diligencia de declaración del TC. CESAR AUGUSTO PINZON BARRERA, Comandante de la Policía Antinarcóticos del Aeropuerto desde abril de 2007, por lo tanto desconoce cualquier hecho relacionado con esta investigación.

Declaración del ST. GABRIEL ALEJANDRO NIÑO SILVA donde manifiesta que no conoció al denunciante y tampoco a las personas por las que se le interroga. Por consiguiente tampoco sabe nada respecto a los hechos que son motivo de investigación.

Lo mismo manifiestan los declarantes ST. VIVIANA CONSUEGRA BOLIVAR y TE. GERMAN PUENTES GUZMÁN, ST. ® ANDRES GABRIEL GRANADOS FRANCO, TC. ® PEDRO MARIA LEON VALENZUELA, quienes solo por comentarios escucharon de la presunta actividad ilícita del denunciante YESID REMIGIO VARGAS CUENCA, pero en concreto no saben de nada que tenga que ver con los hechos que aquí se averiguan. Algunos de ellos mencionan otros hechos que no son precisamente los que nos competen en el presente asunto.

5

## FUNDAMENTOS DE LA DECISIÓN:

Conforme a las pruebas resumidas en el acápite precedente, el despacho no encuentra elementos para endilgar juicio de reproche a persona alguna, pues si tomamos en cuenta el contenido de la denuncia que hace el hoy detenido TC. ® YESID REMIGIO VARGAS CUENCA, no menciona a persona alguna a la que él presumiblemente le hubiera entregado dinero para permitírsele el tráfico de cocaína hacia otros países.

Si bien es cierto el denunciante ratifica su denuncia, y en ella niega rotundamente haber ofrecido dinero a persona alguna, no es menos cierto que con esas afirmaciones, podamos encontrar alguna persona presuntamente responsable de un punible de Cohecho, pues se limita a denunciar que si él es responsable según los cargos para su extradición, habrá otros que también lo son, pero no menciona, ni dilucida quiénes pueden ser.

El Despacho indagó hasta donde le fue posible qué policiales hubieran podido cohonestar con las presuntas actividades ilícitas dedicadas al narcotráfico por parte del denunciante, pero no se logró obtener ninguna respuesta clara y precisa que endilgue algún tipo de responsabilidad en tal sentido a policial alguno.

En consecuencia, mal podría el Juzgado continuar con la presente averiguación, considerando que lo procedente es finiquitar la presente actuación con base en lo establecido en el Art. 458 del Ordenamiento Penal Militar, al quedar plenamente establecido que no existe indicio alguno de responsabilidad contra policiales de la Institución que presuntamente estuvieron involucrados con el denunciante.