6

Como quiera que al parecer el señor denunciante TC. ® YESID REMIGIO VARGAS CUENCA, se encuentra privado de la libertad en la cárcel de máxima seguridad de Cómbita (Boyacá), y el despacho requiere notificarle el contenido del presente auto interlocutorio, comisiónese al Juzgado 191 de Instrucción Penal Militar adscrito al Departamento de Policía Boyacá, para la respectiva diligencia.

Sin necesidad de otras consideraciones, el Juzgado Ciento Cuarenta y Cuatro de Instrucción Penal Militar,

RESUELVE:

PRIMERO: PROFERIR decisión INHIBITORIA dentro de las presentes diligencias seguidas respecto de un personal EN AVERIGUACIÓN, por el presunto delito de COHECHO, con fundamento en lo expuesto en la parte motiva de este proveído.

SEGUNDO: Como quiera que al parecer el señor denunciante TC. ® YESID REMIGIO VARGAS CUENCA, se encuentra privado de la libertad en la cárcel de máxima seguridad de Cómbita (Boyacá), y el despacho requiere notificarle el contenido del presente auto interlocutorio, comisiónese al Juzgado 191 de Instrucción Penal Militar adscrito al Departamento de Policía Boyacá, para la respectiva diligencia.

TERCERO: Contra el presente interlocutorio proceden los recursos de Ley.

7

CUARTO: En firme esta decisión, si no fuere apelada, ARCHIVENSE las diligencias por Secretaría, dejando las constancias de rigor.

COPIESE, NOTIFIQUESE Y CUMPLASE,

Dra. CLARA ISABEL DUQUE FLOREZ DE JIMENEZ
Juez 144 de Instrucción Penal Militar

SONIA MARIA QUIROZ PEREZ
Secretaria

9-V-08
Ministerio Público

Dr. Fabio Aponte