*10*

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

Document issued by the General Attorney's Office ordering the arrest of Citizens YESID REMIGIO VARGAS-CUENCA according to request submitted to such purpose by a United States Court. The arrest was effective according to documents attached to the writ.

A photostat copy of the acting carried out by the Honorable Supreme Court of Justice over the extradition request was attached, without having issued a heart of the matter pronouncement up to date.

Declaration of Major JAIRO GORDILLO-ROJAS stating that at the time of the denouncer's arrest he worked in the DIJIN Telematic Group, and in a weekend he was ordered to move with the COMCA special group to the address registered as "Calle 138 and 52", in order to notify Mr. YESID REMIGIO VARGAS-CUENCA to be present in the DIJIN for a notice of the matter under investigation. He entered to the residence of the notified and after some 10 minutes they left from there with the former officer's wife toward the DIJIN for the purposes requested. That was his participation in this arrest. He is totally unaware of any charges against members of the institution over payments in money from the arrested in no particular occasion.

Declaration proceedings of Mrs. MARÍA CRISTINA SARRIA ROJAS stating that she is not aware of commercial relationships of any kind between her husband Officer HUMBERTO ÁVILA nowadays extradited and Mr. YESID REMIGIO VARGAS-CUENCA, therefore she has no idea of the matter appertaining to this inquire.

Declaration proceedings of Lieutenant Colonel CESAR AUGUSTO PINZON BARRERA, Commander of Drugs Control Police at the Airport from April 2007, therefore he knows nothing about facts related to this inquire.

*Ernesto Quintero Barbosa*
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996

*11*

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

Declaration of Sergeant GABRIEL ALEJANDRO NIÑO-SILVA stating that he didn't meet the accuser, neither the people he is being interrogated for. Therefore, he neither knows anything regarding the facts from this enquire.

The same is stated by declarers Sergeant VIVIANA CONSUEGRA-BOLIVAR and Lieutenant GERMÁN PUENTES-GUZMÁN, Sergeant (R) ANDRÉS GABRIEL GRANADOS-FRANCO, Lieutenant Colonel (R) PEDRO MARÍA LEON-VALENZUELA and all of them only heard about the alleged illegal activity of the accuser YESID REMIGIO VARGAS-CUENCA, but they do not know about anything having to do with the facts connected with this enquire. Some of them mention other facts that are not precisely related to this enquire.

FUNDAMENTALS OF THE DECISION:

According to evidence summarized in the aforeseen paragraph, this Office finds no elements to criticize nor to reproach anybody, because if we take into consideration the content of the accusation submitted today by Lieutenant Colonel (R) YESID REMIGIO VARGAS-CUENCA under arrest, he doesn't mention anybody to whom he allegedly had given money to enable trafficking cocaine toward other countries.

Although it is true that the accuser ratifies his complain, and he emphatically denies to have offered money to anybody, it is not less certain that with such statements we can find some person presumably responsible for a punishable for Bribing, because he is limited to denounce that if he is responsible according to indictments for his extradition, there will be others that are also responsible, but without mentioning them, neither elucidating who they can be.

This Office investigated up to where it was possible which police officers could had been able to be bribed for alleged illicit activities dedicated to drug trafficking by the

*Ernesto Quintero Barbosa*
Traductor e Intérprete Oficial