12

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

accuser, but it was not possible to obtain any clear and precise answer pointing out some type of responsibility in such a sense to any police officer.

As a consequence, it would be wrong for the Court to continue this enquire, considering that the reasonable decision is to conclude these proceedings based in provisions set forth by Article 458 of the Military Criminal Ordering, when it has been fully established that there is no evidence whatsoever setting responsibilities against police officers from the institution that were allegedly involved with the accuser.

Since apparently the accuser Lieutenant Colonel (R) YESID REMIGIO VARGAS-CUENCA is currently deprived from freedom in the Cómbita (Boyacá Department) maximum security prison and this Office requires to notify him the content of this interlocutory writ, we commission the 191st Instruction Military Criminal Court attached to Police's Department in Boyacá, for the appertaining proceedings.

Without requiring further considerations, One Hundred and Forty Four Instruction Military Criminal Court

ORDERS:

FIRST: TO DECLARE THE DISMISSAL of the appertaining proceedings connected with a personnel IN VERIFICATION, for the alleged crime of BRIBING, based in what has been found in the motivating part of this decision

SECOND: Since apparently the accuser Lieutenant Colonel (R) YESID REMIGIO VARGAS-CUENCA, is currently detained in the Cómbita (Boyacá Department) maximum security prison, this Court requires to notify him the content of this interlocutory writ by commissioning the 191st Instruction Military Criminal Court attached to Police's Department in Boyacá, for the appertaining proceedings.

*Ernesto Quintero Barbier*
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996

*13*

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

THIRD: There are legal resources against this interlocutory.

FOURTH: This decision is final; if not appealed, it shall be FILED by the Secretary, attesting the appertaining.

**BE IT COPIED, KNOWN AND FULFILLED**


(Illegible Signature)

Dr. CLARA ISABEL DUQUE-FLOREZ DE JIMENEZ

144th Instruction Military Criminal Court


(Illegible Signature)

SONIA MARÍA QUIROZ-PEREZ

Secretary


---

*(Signature)*
Ernesto Quintero Barbios
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996