14

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

SEAL: MINISTRY OF NATIONAL DEFENSE – NATIONAL POLICE – GENERAL HEADQUARTERS – ONE HUNDRED AND FORTY FOURTH INSTRUCTION MILITARY CRIMINAL COURT.

Bogotá D.C., Twenty-eight (28th) May Two Thousand and Eight (2008)

The aforeseen photostat copies are true copies taken from its original of the interlocutory writ dated Seventh (07th) May of the Year Two Thousand and Eight (2008), ordered within the PRELIMINARY PROCEEDINGS No. 914 carried out against Officers in VERIFICATION OF RESPONSIBLE, for the alleged crime of BRIBING, being Lieutenant Colonel (R) YESID REMIGIO VARGAS-CUENCA the accuser. COPIES ARE FROM FOLIO No. 01 to 07 INCLUSIVE.

(Illegible Signature)
Dr. CLARA ISABEL DUQUE-FLOREZ DE JIMENEZ
144th Instruction Military Criminal Court
SEAL: National Police – General Headquarters - 144th Instruction Military Criminal Court

-----------------------------------------------------------------------------------

### Certification of Translator's Competence

I, ERNESTO QUINTERO BARBIER, hereby certify that the attached is an accurate translation of the original Court Order in Spanish and that I am competent in both English and Spanish languages, to render such translation. – Official Translator and Interpreter in and for the Republic of Colombia, with License granted by the Colombian Ministry of Justice through Resolution No. 0057 dated 5th February 1996, duly sworn and qualified to act as such, and whose signature is duly registered in the Office of Legalization of the Ministry of Foreign Affairs of Colombia in the City of Bogotá. My forwarding address is: Carrera 3 No. 17–41 - E-mail: eqtraducciones@hotmail.com Telephone: 318 7460 / 318 7461 / 284 1179 – Fax: 284 7759
Bogotá D.C., - Colombia, South America.

Bogotá D.C., 29th May 2008

Ernesto Quintero Barbier
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996