# EXHIBIT "C"



Honorable Señora JUEZ
DENISE L. COTE.

Su señoria reciba un cordial y respetuoso saludo de parte de mi familia y mio.

Su señoria me permito presentarme soy YESID REMIGIO VARGAS CUENCA nacido el 9 de abril de 1963 en la ciudad de Neiva, departamento del Huila, Colombia, con cedula de ciudadania numero 12.122.642

Casado con SONIA PERDOMO ESCOBAR desde hace 20 años tenemos 3 hijos fruto de nuestro amor, YESID FERNANDO de 19 años, estudiante, SONIA CRISTINA de 18 años, estudiante, PABLO ANDRES de 12 años, estudiante.

Ingrese a la POLICIA NACIONAL en enero de 1.984 y permaneci en ella hasta febrero de 2.005 obstentando el grado de teniente coronel, 22 años de entrega total a mi pais combatiendo las 24 horas del dia todos los factores generadores de violencia como NARCOTRAFICO, GUERRILLA, PARAMILITARES, DELINCUENCIA COMUN Y DELINCUENCIA ORGANIZADA.

Fui objeto de multiples condecoraciones, felicitaciones por parte del gobierno y de mis superiores, inclusive la felicitacion especial por parte del propio señor EMBAJADOR DE LOS ESTADOS UNIDOS quien en su momento me ofrecio el puesto que yo quisiera asunto que no es comun en mi pais.