(2)

Exponiendo la vida de mi familia y la mia como me ocurrio en el año de 1.992, cuando por negarme a recibir el soborno de $3.000.000 de dolares el señor PABLO ESCOBAR GAVIRIA me manda a asesinar por que me negue a acceder a sus pretenciones de dejar de cumplir con mis deberes despues de capturarle personas muy importantes de su organizacion e incautar varias toneladas de cocaina en el puerto de CARTAGENA. Cuando me toco salir de mi pais y refugiarme en Francia junto con mi familia.

Trabajando sin tacha alguna como lo demuestra mi hoja de vida, hasta el año de 2003 donde por coincidencia de la vida fui testigo involuntario de un acto de corrupcion por parte de un superior mio y se me acabo mi vida, por que esta persona a los dias paso a ser Director General de la Policia Nacional.

Su Señoria se inventaron que yo tenia vinculos muy estrechos con un narcotraficante y fui llamado a calificar servicios en uso de buen retiro, yo al ver esta situacion le solicito en forma verbal al señor GENERAL JORGE DANIEL CASTRO CASTRO Director General de la Policia se me abra una investigacion diciplinaria y se investigue mi conducta.
Se abre la investigacion y en el mes de agosto de este año que cursa le notifican a mi señora esposa de parte de la inspeccion general de la policia que dicha investigacion fue CERRADA es decir no hubo meritos.

(3)

Cuando se produce mi retiro de la Policia en el año 2005 des_ubicado en mi situacion emosional y laboral pues lo unico que hice en mi vida fue ser Policia.
He reencuentro con el Señor LEONIDAS MOLINA TRIANA Compañero de la misma Promosion en la Policia quien hacia unos año estaba retirado, con el Señor MOLINA y 8 oficiales mas nos asociamos y fundamos un Casino de Juegos de AZAR donde la Junta de Socios me nombra como Gerente aceptando yo el nombramiento por se me abre la posibilidad de aumentar mis ingresos ya que la pension que gano me alcanza para sostener los gastos Familiar Me dedico a trabajar sin descanso en esa nueva vida dando apertura al Casino el 28 de diciembre de 2005.

El Señor MOLINA me visitaba frecuentemente y por ser socio observaba el funcionamiento del Casino, habia dias que permanecia buena parte del tiempo en una Cafeteria vecina al casino y donde se reunia con muchas personas inclusive con aquellas que trabajaban con el en sus negocios de narcotrafico.
Yo en casi todas las ocaciones lo acompañaba pero me permito aclarar su Señoria que el Señor MOLINA cuando iba a hablar situaciones de narcotrafico hac que me cambiara de mesa o simplemente yo me retiraba del sitio. Pero yo sabia que el señor MOLINA traficaba con drogas ilicitas, de lo cual me arrepiento y me arrepentire toda mi vida porque mi conciencia me reclama en no haber cortado con esa amistad ni haber denunciado dicha situacion.