(4)

Un dia del mes de marzo de 2.006 llego el señor MOLINA al casino y me pide el favor que le guarde un dinero en dolares aprovechando la caja fuerte del casino y que él en ese momento no iba para su casa, yo acepto y le guardo la suma de $150.000 dolares haciendole la observacion que ese dinero no podia permanecer mas de 2 o 3 dias en ese lugar.

Como en toda relacion de amistad el me pide favores y yo se los hago por ejemplo: que lo lleve o lo recoja en el aeropuerto, que lo lleve en mi carro a cumplir citas entre otros, sin jamas yo exigirle o cobrarle dinero alguno.

En la ultima semana del mes de marzo de 2.006 me llama y me pide el favor que del dinero que yo le tengo guardado saque la suma que corresponda a $60.000.000 millones de pesos haciendo la convercion a dolares son $29.000 y que se los entregue al señor CARLOS SUAREZ PEDRAZA en la avenida ciudad de cali con calle 13 en Bogota, yo voy al sitio y efectivament me encuentro con el señor Suarez al cual le entrego el dinero, yo me regreso a cumplir con mis actividades. Posteriormente me entero por parte del señor Suarez que dicho dinero fue para sobornar a unos policias pa que dejaran pasar una droga.

Su Señoria yo jamas tube contacto alguno con esos policias.

Cuando llega el emdaimen me doy cuenta que dice qu yo soy la persona que le pago a 6 policias, yo inme diatamente solicito por me dio de una denoncia A LA Fiscalia se me investigue por ese delito basado-

(5)

en el emdaimen.
Con Fecha 18 de mayo del presente año se me notifica personalmente por parte de la señora Juez 42 Penal militar un auto imnibitorio por que yo no Fui la persona que le pago a dos policias y que dichos policias nunca aparecieron.
Adicionalmente en 2 ocaciones yo oficie tanto al señor General Castro como al señor General NARANJO Directores DE LA POLICIA Solicitando se Investigara dicho delito y mi Exigencia para que esos 6 policias fueran Extraditados ya que ellos tambien hacen parte de la conspiracion, obteniendo la respuesta que mi peticion fue tramitada al Señor Doctor CARLOS OLGUIN ZARDI Ministro DEL Interior y DE Justicia.

De esta forma me involucro en la conspiracion, con el respeto que ud me merece su señoria no pretendo evadir m responsabilidad ni dejar de responder por mi culpa, de la cual me arrepentire toda mi vida.
Primero: Por todas las angostias, el sufrimiento, las lagrim y las humillaciones que han tenido que soportar miespo mis hijos, mi señora madre, y toda mi familia por culpa de mi error.
Segundo: La verguenza que siento delante de mis hijos, mi esposa, mi madre, toda mi familia, la policia, todo mi pais por haber yo traisionado mis principios