(6)

tercero: que la ofensa haya sido contra los ESTADOS UNIDOS DE AMERICA Pais alque respeto, admiro, y amo. Siempre que tube la oportunidad de trabajar con AMERICANOS no desaprovechaba el momento para manifestarles mi agrado por que estubieran en Pais las gracias por toda la ayuda que nos brindaban especialmente a la policia.

Su señoria delante de Dios y de su SANTICIMA MADRE LA VIRGEN cita DE GUADALUPE pido, ruego, imploro perdon a ud y por su conducto a todo el pueblo AMERICANO, Prometiendo dedicar mis conocimientos y todos mis esfuerzos para prevenir que los policias colombianos resulten involucrados en casos de trafico de estupefacientes.

Su señoria en la prision de Combita apesar de las situacio dificiles y las adversidades que me toco vivir por mi condicion de policia retirado pude hacer un estudio que lo titule "LA PARTICIPACION DE LOS POLICIAS EN EL TRAFICO DE DROGAS" utilizando como herramientas encuestas verbales y escritas y como factor determinante a 260 persona que estaban en proceso de extradicion, obtube como resultado sorprendente para mi que en un 92.5 porciento de la droga que es ilegalmente exportada de colombia para ESTADOS UNIDOS Y EUROPA en alguna de sus faces estan comprometidos Policias.

Que Dios la BENDIGA y la VIRGENCITA DE GUADALUPE LA proteja a ud. y a su distinguida familia.

YESID REMIGIO VARGAS CUENCA.
ID 61008-054.