# EXHIBIT "D"

POLICÏA NACIONAL



## SECRETARIA GENERAL GRUPO ARCHIVO GENERAL

EXTRACTO HISTORIA LABORAL  DEL SEÑOR TENIENTE CORONEL ( R).
VARGAS CUENCA  YESID REMIGIO  **PORTADOR DE LA CEDULA DE
CIUDADANIA 12122642 DE Neiva.**

| | |
|---|---|
| GRADO: | TENIENTE CORONEL |
| APELLIDOS Y NOMBRES: | VARGAS CUENCA  YESID REMIGIO |
| DOCUMENTO DE IDENTIDAD: | 12122642 |
| FECHA DE NACIMIENTO: | 04 DE ABRIL DE 1963 |
| NOMBRE DE LA MADRE: | AURA CELIA CUENCA DE VARGAS |
| NOMBRE DEL PADRE: | REMIGIO VARGAS SILVA |
| ESTADO CIVIL: | CASADO |
| NOMBRE DE LA ESPOSA: | SONIA PERDOMO ESCOBAR |
| HIJOS: | TRES (03) |
| NOMBRE DE LOS HIJOS: | YESID FERNANDO<br>SONIA CRISTINA<br>PABLO ANDRES |
| FECHA INGRESO | 10-ENERO-1984 COMO CADETE Y ALFEREZ SEGÚN<br>RESOLUCION  540-84. |