CONTINUACIÓN DEL EXTRACTO DE LA HISTORIA LABORAL DEL SEÑOR TENIENTE CORONEL ®. VARGAS CUENCA YESID REMIGIO

**FECHA DE RETIRO**  19 DE FEBRERO DE 2005 DEL GRADO DE TENIENTE CORONEL MEDIANTE DECRETO 315-2005.

**CAUSAL DE RETIRO**  LLAMAMIENTO A CALIFICAR SERVICIOS

**ULTIMA UNIDAD DONDE LABORO:** ESCUELA SECCIONAL DE POLICÍA GABRIEL GONZALEZ.

**TOTAL TIEMPO DE SERVICIO:** VEINTIUN (21) AÑOS, OCHO (08) MESES Y CERO (00) DIAS.

**CARGOS DESEMPEÑADOS Y UNIDADES LABORADAS:**

DEPARTAMENTO DE POLICÍA CALDAS: JEFE SECCION INTELIGENCIA.

DEPARTAMENTO DE POLICÍA CUNDINAMARCA: JEFE LOGISTICO.

DEPARTAMENTO DE POLICÍA HUILA: JEFE INTELIGENCIA SIJIN.

DIRECCIÓN ANTINARCOTICOS: JEFE REGIONAL DE INTELIGENCIA EN CARTAGENA.

CENTRO DE INSTRUCCIÓN SANTAFE DE BOGOTA. INSTRUCTOR.

DEPARTAMENTO DE POLICÍA SAN ANDRES Y PROVIDENCIA: COMO COMANDANTE ENCARGADO.

CONTINUACIÓN DEL EXTRACTO DE LA HISTORIA LABORAL DEL SEÑOR TENIENTE CORONEL ®. VARGAS CUENCA YESID REMIGIO

**CONDECORACIONES:** SERVICIOS DISTINGUIDOS A CUNDINAMARCA.
DISTINTIVO ESCUELA DE POLICÍA GONZALO JIMENEZ DE QUESADA.
MENCION HONORIFICA: PRIMERA-SEGUNDA Y TERCERA VEZ.

ORDEN AL MERITO ALCALDIA LOCAL DE USAQUEN.
ORDEN AL MERITO ALCALDIA LOCAL DE SUBA.
CONDECORACION ROBERTO DURAN ALVIRA.
ORDEN CACIQUE TIEMANCO.
MEDALLA CIDAD DE NEIVA

**FELICITACIONES:** TREINTA Y NUEVE (39).

ATENTAMENTE,

MY. JOSE HERNANDO MEDINA BERNAL
Coordinador Grupo Archivo General

ELABOR CRISTINA     REVISO IT. GUSTAVO B.

www.policia.gov.co.gsrgc.segen@policia.gov.co
TEL. 3159404   FAX 3159472