CONTINUACIÓN HOJA DE VIDA DEL SEÑOR(A) TC    VARGAS CUENCA YESID REMIGIO

| Clase | Motivo | Fecha Fiscal | | Disposición | |
|---|---|---|---|---|---|
| FELICITACION INDIVIDUAL | BUEN DESEMPEÑO LABORAL | 25-MAY-87 | U | 118 | 25-MAY |
| FELICITACION INDIVIDUAL | RECUPERACION DE ELEMENTOS | 09-JUN-87 | U | 132 | 09-JUN |
| FELICITACION PUBLICA COLECTIVA | POR SU CONSAGRACION AL TRABAJO | 09-JUN-87 | U | 132 | 09-JUN |
| FELICITACION INDIVIDUAL | RECUPERACION DE ELEMENTOS | 10-JUN-87 | U | 133 | 18-JUN |
| FELICITACION INDIVIDUAL | CAPTURA DELINCUENTE RECONOCIDO | 26-JUN-87 | U | 146 | 26-JUN |
| FELICITACION INDIVIDUAL | CAPTURA DELINCUENTE RECONOCIDO | 27-JUL-87 | U | 170 | 27-JUL |
| FELICITACION INDIVIDUAL | POR ESPIRITU DE COLABORACION | 27-AUG-87 | U | 344 | 27-AUG |
| FELICITACION INDIVIDUAL | OPERATIVO | 29-SEP-87 | U | 222 | 29-SEP |
| FELICITACION PUBLICA COLECTIVA | BUEN DESEMPEÑO LABORAL | 05-OCT-87 | U | 227 | 05-OCT |
| FELICITACION INDIVIDUAL | RECUPERACION DE ELEMENTOS | 28-OCT-87 | U | 246 | 28-OCT |
| ELICITACION INDIVIDUAL | CAPTURA DELINCUENTE RECONOCIDO | 09-NOV-87 | U | 254 | 09-NOV |
| FELICITACION INDIVIDUAL | RECUPERACION DE ELEMENTOS | 16-NOV-87 | U | 456 | 16-NOV |
| FELICITACION PUBLICA COLECTIVA | CAPTURA DELINCUENTE RECONOCIDO | 07-DEC-87 | U | 278 | 07-DEC |
| FELICITACION INDIVIDUAL | OPERATIVO | 18-FEB-88 | U | 039 | 18-FEB |
| FELICITACION INDIVIDUAL | BUEN DESEMPEÑO LABORAL | 08-MAR-88 | U | 055 | 08-MAR |
| FELICITACION PUBLICA COLECTIVA | BUEN DESEMPEÑO LABORAL | 23-MAY-88 | U | 096 | 23-MAY |
| FELICITACION PUBLICA COLECTIVA | BUEN DESEMPEÑO LABORAL | 03-DEC-88 | U | 275 | 03-DEC |
| FELICITACION PUBLICA COLECTIVA | BUEN DESEMPEÑO SERVICIO PONAL | 03-APR-89 | U | 074 | 03-APR |
| FELICITACION INDIVIDUAL | BUEN DESEMPEÑO LABORAL | 10-JUN-89 | U | 129 | 10-JUN |
| FELICITACION INDIVIDUAL | CAPTURA DELINCUENTE RECONOCIDO | 20-SEP-89 | U | 211 | 20-SEP |
| FELICITACION PUBLICA COLECTIVA | POR SU CONSAGRACION AL TRABAJO | 23-MAR-90 | U | 055 | 23-MAR |
| FELICITACION INDIVIDUAL | ARREGLO INSTALACIONES | 30-APR-90 | U | 078 | 30-APR |
| FELICITACION INDIVIDUAL | BUEN DESEMPEÑO SERVICIO PONAL | 31-MAY-90 | U | 098 | 31-MAY |
| FELICITACION INDIVIDUAL | PLANEACION ORGANIZACION Y TRABAJO | 06-JUL-90 | U | 120 | 06-JUL |
| ELICITACION INDIVIDUAL | CONSECUCION ELEMENTOS | 09-AUG-90 | U | 143 | 09-AUG |
| FELICITACION INDIVIDUAL | ARREGLO INSTALACIONES | 16-AUG-90 | U | 148 | 16-AUG |
| ELICITACION INDIVIDUAL | CONSECUCION ELEMENTOS | 03-SEP-90 | U | 159 | 03-SEP |
| FELICITACION INDIVIDUAL | BUEN DESEMPEÑO SERVICIO PONAL | 04-JUL-91 | U | 124 | 04-JUL |
| FELICITACION PUBLICA COLECTIVA | BUEN DESEMPEÑO LABORAL | 11-MAR-92 | U | 011 | 11-MAR |
| FELICITACION INDIVIDUAL | BUEN DESEMPEÑO LABORAL | 13-OCT-92 | U | 041 | 13-OCT |
| FELICITACION PUBLICA COLECTIVA | BUEN DESEMPEÑO LABORAL | 06-APR-93 | U | 018 | 06-JUN |
| FELICITACION PUBLICA COLECTIVA | OPERATIVO | 29-APR-93 | U | 017 | 30-APR |
| FELICITACION PUBLICA COLECTIVA | TRABAJO COMUNITARIO | 06-OCT-95 | U | 0034 | 06-OCT |
| FELICITACION PUBLICA COLECTIVA | BUEN DESEMPEÑO LABORAL | 12-FEB-96 | U | 0002 | 12-FEB |
| FELICITACION PUBLICA COLECTIVA | BUEN DESEMPEÑO LABORAL | 23-FEB-96 | U | 0008 | 23-FEB |
| FELICITACION PUBLICA COLECTIVA | BUEN DESEMPEÑO LABORAL | 29-APR-96 | U | 0017 | 29-APR |
| FELICITACION INDIVIDUAL | BUEN DESEMPEÑO LABORAL | 21-FEB-97 | U | 0037 | 21-FEB |
| FELICITACION PUBLICA COLECTIVA | POR ESPIRITU DE COLABORACION | 18-JUL-97 | U | 142 | 18-JUL |
| FELICITACION PUBLICA COLECTIVA | DOMINIO Y CONOCIMIENTO DE SU TRABAJO | 23-JAN-98 | U | 0017 | 23-JAN |

7

CONTINUACIÓN HOJA DE VIDA DEL SEÑOR(A) TC    VARGAS CUENCA YESID REMIGIO

**Nombre (s) Hijo (s)**　　　　　　　　　　　　　　Fecha Nacimiento
VARGAS PERDOMO YESID FERNANDO　　　　　10-MAR-89
VARGAS PERDOMO SONIA CRISTINA　　　　　　29-JUL-90
VARGAS PERDOMO PABLO ANDRES　　　　　　20-JAN-96

## CONDECORACIONES

| Distintivo | Categoria | Fecha Fiscal | | Disposicion | |
|---|---|---|---|---|---|
| CONDECORACION GOBERNACIONES | ESPECIAL | 20-SEP-90 | R | 013 | 20-SEP |
| MENCION HONORIFICA | PRIMERA VEZ | 24-OCT-90 | R | 11205 | 24-OCT |
| CONDECORACION SERVICIOS DISTINGUIDOS | A. PRIMERA VEZ | 24-OCT-90 | R | 11028 | 24-OCT |
| CONDECORACION ALCALDIAS MUNICIPALES | ESPECIAL | 07-DEC-90 | D | 209 | 07-DEC |
| CONDECORACION ALCALDIAS MUNICIPALES | ESPECIAL | 16-AUG-91 | R | 064 | 16-AUG |
| MENCION HONORIFICA | SEGUNDA VEZ | 24-AUG-93 | R | 7091 | 24-AUG |
| CONDECORACION SERVICIOS DISTINGUIDOS | A. SEGUNDA VEZ | 20-OCT-94 | R | 14146 | 20-OCT |
| CONDECORACION GOBERNACIONES | ESPECIAL | 04-NOV-94 | D | 01144 | 04-NOV |
| CONDECORACION DISTINCION OFICIAL HONOR AL M | ESPECIAL | 02-NOV-95 | D | 0031 | 02-NOV |
| MENCION HONORIFICA | TERCERA VEZ | 03-OCT-96 | R | 05041 | 03-OCT |
| CONDECORACION ALCALDIA LOCAL DE USAQUEN | ESPECIAL | 07-NOV-96 | R | 190 | 07-NOV |
| CONDECORACION GOBERNACIONES | A. PRIMERA VEZ | 13-NOV-97 | D | 02872 | 13-NOV |
| DISTINTIVO AL MERITO POLICIAL | ESPECIAL | 17-FEB-98 | R | 024 | 17-FEB |
| CONDECORACION SERVICIOS DISTINGUIDOS | COMPAÑERO PRIMERA VEZ | 30-OCT-98 | R | 03139 | 30-OCT |
| MENCION HONORIFICA | A. CUARTA VEZ | 05-NOV-99 | R | 04052 | 19-NOV |
| MENCION HONORIFICA | CATEGORIA ORO | 10-NOV-99 | D | 310 | 10-NOV |
| MEDALLA DE SERVICIOS | 15 AÑOS | 01-DEC-00 | R | 1664 | 01-NOV |
| MENCION HONORIFICA | QUINTA VEZ | 05-NOV-02 | R | 01951 | 16-SEP |
| MENCION HONOR MUNICIPIO DE | HONOR AL MERITO | 19-JUL-03 | O | S/N | 29-JUL |
| CONDECORACION SERVICIOS DISTINGUIDOS | COMPAÑERO SEGUNDA VEZ | 05-NOV-03 | R | 2337 | 27-OCT |
| CONDECORACION ORDEN CIUDAD MUSICAL CONSEJ | A. PRIMERA VEZ | 05-NOV-03 | R | 125 | 05-NOV |
| MEDALLA ORDEN DE COMBEIMA | A. PRIMERA VEZ | 18-NOV-03 | D | 0796 | 18-NOV |
| CONDECORACION AL MERITO CIVICO ASAMBLEA DE | A. PRIMERA VEZ | 18-NOV-03 | R | 114 | 18-NOV |
| CONDECORACION ALCALDIA ESCUDO DE LA CIUDAD | A. PRIMERA VEZ | 21-NOV-03 | D | 162 | 21-NOV |
| MENCION HONORABLE CONCEJO MUNICIPAL DE EL | ESPECIAL | 09-JUL-04 | R | 014 | 09-JUL |

## FELICITACIONES

| Clase | Motivo | Fecha Fiscal | | Disposición | |
|---|---|---|---|---|---|
| FELICITACION PRIVADA | POR SU CONSAGRACION AL TRABAJO | 01-APR-84 | U | 068 | 01-APR |
| FELICITACION PRIVADA | BUEN DESEMPEÑO SERVICIO PONAL | 09-NOV-84 | U | 228 | 09-NOV |
| FELICITACION PRIVADA | POR SU CONSAGRACION AL TRABAJO | 24-JAN-85 | U | 013 | 24-JAN |
| FELICITACION PRIVADA | POR SU CONSAGRACION AL TRABAJO | 13-MAR-85 | U | 050 | 13-MAR |
| FELICITACION PRIVADA | BUEN DESEMPEÑO SERVICIO PONAL | 09-APR-85 | U | 068 | 09-APR |
| FELICITACION PRIVADA | POR SU CONSAGRACION AL TRABAJO | 16-MAY-85 | U | 100 | 16-MAY |
| FELICITACION PRIVADA | BUEN DESEMPEÑO LABORAL | 05-SEP-85 | U | 176 | 05-SEP |
| FELICITACION PRIVADA | RESPONSABILIDAD EN SU CARGO | 22-MAY-86 | U | 111 | 22-MAY |
| FELICITACION INDIVIDUAL | OPERATIVO | 08-OCT-86 | U | 211 | 08-OCT |
| FELICITACION PUBLICA COLECTIVA | CONSECUCION ELEMENTOS | 26-NOV-86 | U | 245 | 26-NOV |
| FELICITACION INDIVIDUAL | OPERATIVO | 04-MAY-87 | U | 100 | 04-MAY |