9

CONTINUACIÓN HOJA DE VIDA DEL SEÑOR(A) TC    VARGAS CUENCA YESID REMIGIO

| Clase | Motivo | Fecha Fiscal | | Disposición | |
|---|---|---|---|---|---|
| FELICITACION PUBLICA COLECTIVA | DOMINIO Y CONOCIMIENTO DE SU TRABAJO | 27-APR-98 | U | 0083 | 27-APR |
| FELICITACION INDIVIDUAL | DOMINIO Y CONOCIMIENTO DE SU TRABAJO | 18-MAY-98 | U | 0098 | 18-MAY |
| FELICITACION PUBLICA COLECTIVA | DOMINIO Y CONOCIMIENTO DE SU TRABAJO | 25-JUN-98 | U | 0104 | 26-MAY |
| FELICITACION PUBLICA COLECTIVA | DOMINIO Y CONOCIMIENTO DE SU TRABAJO | 14-SEP-98 | U | 0179 | 14-SEP |
| FELICITACION PUBLICA COLECTIVA | DOMINIO Y CONOCIMIENTO DE SU TRABAJO | 15-SEP-98 | U | 0180 | 15-SEP |
| FELICITACION INDIVIDUAL | DOMINIO Y CONOCIMIENTO DE SU TRABAJO | 17-SEP-98 | U | 0182 | 17-SEP |
| FELICITACION PUBLICA COLECTIVA | DOMINIO Y CONOCIMIENTO DE SU TRABAJO | 13-NOV-98 | U | 0016 | 24-JAN |
| FELICITACION PUBLICA COLECTIVA | BUEN DESEMPEÑO LABORAL | 18-NOV-98 | O | SINNUM | 18-NOV |
| FELICITACION PUBLICA COLECTIVA | BUEN DESEMPEÑO LABORAL | 24-DEC-98 | U | 255 | 24-DEC |
| FELICITACION PUBLICA COLECTIVA | BUEN DESEMPEÑO LABORAL | 28-FEB-99 | U | 041 | 28-FEB |
| FELICITACION PUBLICA COLECTIVA | DOMINIO Y CONOCIMIENTO DE SU TRABAJO | 31-MAY-99 | U | 0115 | 11-JUN |
| FELICITACION INDIVIDUAL | DOMINIO Y CONOCIMIENTO DE SU TRABAJO | 04-JUN-99 | U | 0125 | 25-JUN |
| FELICITACION PUBLICA COLECTIVA | DOMINIO Y CONOCIMIENTO DE SU TRABAJO | 23-JUL-99 | U | 0145 | 23-JUL |
| FELICITACION INDIVIDUAL | BUEN DESEMPEÑO LABORAL | 10-SEP-99 | U | 180 | 10-SEP |
| FELICITACION PUBLICA COLECTIVA | POR SU CONSAGRACION AL TRABAJO | 05-NOV-99 | U | 235 | 05-NOV |
| FELICITACION PRIVADA | RESPONSABILIDAD EN SU CARGO | 05-NOV-99 | U | 235 | 05-NOV |
| FELICITACION ESPECIAL | PLANEACION ORGANIZACION Y TRABAJO | 18-FEB-03 | U | 0021 | 24-FEB |
| FELICITACION ESPECIAL | PLANEACION ORGANIZACION Y TRABAJO | 01-APR-03 | U | 0040 | 01-APR |
| FELICITACION ESPECIAL | POR SU CONSAGRACION AL TRABAJO | 12-AUG-03 | U | 0100 | 12-AUG |
| FELICITACION ESPECIAL | POR SU CONSAGRACION AL TRABAJO | 27-AUG-03 | U | 0111 | 03-SEP |
| FELICITACION ESPECIAL | BUEN DESEMPEÑO LABORAL | 29-OCT-04 | I | 205 | 29-OCT |

SANCIONES

| Correctivo | Valor | Dias | Causal | Fecha Fiscal | Disposicion |
|---|---|---|---|---|---|

NO LE FIGURAN SANCIONES EN LOS ULTIMOS CINCO (5) AÑOS

SUSPENSIONES
NO LE FIGURAN

Este documento no tiene validez sin la revisión y firma de autoridades ordenadoras de la unidad o repartición quienes responsables de su veracidad y autenticidad.

La presente solicitud es susceptible de variación, toda vez que se efectua un proceso de alimentación de las novedades presen en el manejo de personal en cuanto a extractos y constancias, las cuales no se han venido reportando. Esta informacion ta esta sujeta a verificacion por cambio de sistema

D4 JANETH ALEXANDRA ESCOBAR BELLC        SC ROBINSON MARIN MEJIA

POLICÍA NACIONAL

EXTRACTO HOJA DE VIDA

OFICINA ASESORA SECRETARIA GENERAL SEGEN

6

Se expide en Bogota, D. C. a los 22 días del mes de Agosto de 2006

**Grado** TC  **Nombres** VARGAS CUENCA YESID REMIGIO  **Identificación** CC 12122642

**Fecha y Lugar de Nacimiento** 09-APR-63 NEIVA  **Estado Civil** Casado (a)

**Título** ADMINISTRACION DE EMPRESAS  **Escolaridad** PREGRADO / UNIVERSITARIA

**Especialidad** URBANA  **Cuerpo** VIGILANCIA  **Estado Laboral** RETIRADO

**Cargo Actual** DIRECTOR (A)

**Ultimo Ascenso** TC  **Fecha Fiscal** 01-DEC-02  **Disposicion** D 2741  22-NOV-02

**Escuela o Unidad Ingreso** SECCIONAL ESCUELA GENERAL SANTANDER  **Fecha Ingreso** 10-JAN-84

**Ultima Unidad Laborada** SECCIONAL GABRIEL GONZALEZ  **Fecha Alta** 01-DEC-85

### SERVICIOS PRESTADOS Y DEDUCCIONES

| NOVEDAD | DISPOSICION | | | FECHA INICIO | FECHA TERMINO | TOTAL A M |
|---|---|---|---|---|---|---|
| CADETE Y ALFEREZ | R | 000540 | 14-FEB-84 | 10-JAN-84 | 30-NOV-85 | 01 - 10 - 2 |
| OFICIAL | D | 3487 | 28-NOV-85 | 01-DEC-85 | 19-FEB-05 | 19 - 02 - 1 |
| ALTA TRES MESES | D | 315 | 11-FEB-05 | 19-FEB-05 | 19-MAY-05 | 00 - 03 - 0 |
| TOTAL | | | | | | 21 - 4 - 8 |

### FAMILIARES

**MADRE** CUENCA DE VARGAS AURA   **PADRE** VARGAS SILVA REMIGIO   **CONYUGE** PERDOMO ESCOBAR SONIA