10

CONTINUACIÓN HOJA DE VIDA DEL SEÑOR(A) TC      VARGAS CUENCA YESID REMIGIO

Usuario SG_PRMARIA       **Elaboró**       **Jefe Oficina Asesora Secretaria General Segen**

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

## NATIONAL POLICE

Résumé Extract

## GENERAL SERVICES ADVISORY SECRETARY OFFICE

Issued in Bogotá, D. C. on the 22nd day of August 2006

| | |
|---|---|
| Rank: Lieutenant Colonel | Names: Vargas-Cuenca Yesid Remigio |
| Identification Document: | Colombian Citizen's Card 12122642 |
| Date and Place of Birth: | 09th April 1963, Neiva City |
| Marital Status: | Married |
| Degrees: | Business Administrator |
| Diplomas: | School / University |
| Specialty: | Urban |
| Force: | Surveillance |
| Working Status: | Retired |
| Latest Post: | Director |
| Latest Promotion: | Lieutenant Colonel |
| Fiscal Date: | 01st December 2002 |
| Disposition: | D   2741   22nd November 2002 |
| School or Unit Entered: | General Santander Sectional School |
| Date of Entry: | 10th January 1984 |
| Latest Unit Worked: | Gabriel Gonzalez Sectional |
| Discharge Date: | 01st December 1985 |

*Ernesto Quintero Barbier*
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996