SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

SERVICES RENDERED AND DEDUCTIONS

| Novelty | Disposition | Starting Date | Ending Date | Total YY/MM/DD |
|---|---|---|---|---|
| Cadet and Second Lieutenant | R 000540 | 14th Feb 84 | 10th Jan 84 | 30th Nov 85 | 01 – 10 – 2 |
| Officer | D 3487 | 28th Nov 85 | 01st Dec 85 | 19th Feb 05 | 19 – 02 – 2 |
| Three Months Promotion | D 315 | 11th Feb 05 | 19th Feb 85 | 19th May 05 | 00 – 03 – 0 |
| Total | | | | | 21 – 4 – 8 |

Family

Mother:   Cuenca de Vargas Aura
Father:    Vargas-Silva Remigio
Wife:      Perdomo-Escobar Sonia

--------------------------------------------------------------------------------

### Certification of Translator's Competence

I, <u>ERNESTO QUINTERO BARBIER</u>, hereby certify that the attached is an accurate translation of the original <u>Certificate</u> in <u>Spanish</u> and that I am competent in both <u>English</u> and <u>Spanish</u> languages, to render such translation. – Official Translator and Interpreter in and for the Republic of Colombia, with License granted by the Colombian Ministry of Justice through Resolution No. 0057 dated 5th February 1996, duly sworn and qualified to act as such, and whose signature is duly registered in the Office of Legalization of the Ministry of Foreign Affairs of Colombia in the City of Bogotá.
My forwarding address is: Carrera 3 No. 17–41 - E-mail: eqtraducciones@hotmail.com
Telephone: 318 7460 / 318 7461 / 284 1179 – Fax: 284 7759
Bogotá D.C., - Colombia, South America.

Bogotá D.C., 30th October 2008

*Ernesto Quintero Barbier*
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

## NATIONAL POLICE

THE SECRETARY GENERAL OF THE GENERAL FILE GROUP

Summary of the Working Records belonging to Retired Lieutenant Colonel Vargas-Cuenca Yesid Remigio, bearer of Colombian Citizen's Card 12122642 issued in the City of Neiva.

| | |
|---|---|
| Rank: | LIEUTENANT COLONEL |
| Surnames, First and Second Names: | VARGAS-CUENCA YESID REMIGIO |
| Identification Document: | Colombian Citizen's Card 12122642 |
| Date of birth: | 04th April 1963 |
| Mother's Names and Surnames: | AURA CELIA CUENCA OF VARGAS |
| Father's Names and Surnames: | REMIGIO VARGAS-SILVA |
| Marital Status: | MARRIED |
| Name of Wife: | SONIA PERDOMO-ESCOBAR |
| Children: | Three (03) |
| Children's Names: | YESID FERNANDO |
| | SONIA CRISTINA |
| | PABLO ANDRÉS |
| Date of Entrance | 10th January 1984 As Cadet and Second Lieutenant According to Resolution 540-84. |
| Date of Retirement | 19th February 2005 with the Rank of Lieutenant Colonel through Ordinance 315-2005. |
| Retirement Causal | Call to Qualify Services |
| Last Unit rendering Services: | Gabriel Gonzalez Sectional Police School |
| Total Time on Service: | Twenty One (21) Years, Eight (08) Months and Zero (00) days. |

*Ernesto Quintero Barbosa*
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996