SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

Continuing Summary Working Records belonging to Retired Lieutenant Colonel Vargas-Cuenca Yesid Remigio

| | |
|---|---|
| Posts Held: | Department of Caldas Police: Intelligence Section Chief |
| Units Worked: | Department of Cundinamarca Police: Logistical Chief |
| | Department of Huila Police: SIJIN Intelligence Chief |
| | Drugs Control Department: Intelligence Regional Chief, Cartagena. |
| | Santafe de Bogotá Instruction Center. Instructor. |
| | San Andrés and Providence Police Department: Commander in Charge. |
| Medals: | Commendable services to the Department of Cundinamarca |
| | Gonzalo Jiménez de Quesada Police School Distinction |
| | Honorable Mention: First-second and Third Times |
| | Honor to Merits Order Local Mayor's Office of Usaquén |
| | Honor to Merits Order Local Mayor's Office of Suba |
| | Roberto Duran-Alvira Medal |
| | Cacique Tiemanco Order |
| | City of Neiva Medal |
| Salutation: | Thirty Nine (39). |

Yours Truly,

(Signed)
Major JOSÉ HERNANDO MEDINA-BERNAL
General File Group Coordinator

*Ernesto Quintero Barbosa*
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

### Certification of Translator's Competence

I, <u>ERNESTO QUINTERO BARBIER</u>, hereby certify that the attached is an accurate translation of the original <u>Working Records</u> in <u>Spanish</u> and that I am competent in both <u>English</u> and <u>Spanish</u> languages, to render such translation. – Official Translator and Interpreter in and for the Republic of Colombia, with License granted by the Colombian Ministry of Justice through Resolution No. 0057 dated 5th February 1996, duly sworn and qualified to act as such, and whose signature is duly registered in the Office of Legalization of the Ministry of Foreign Affairs of Colombia in the City of Bogotá.
My forwarding address is: Carrera 3 No. 17–41 - E-mail: eqtraducciones@hotmail.com
Telephone: 318 7460 / 318 7461 / 284 1179 – Fax: 284 7759
Bogotá D.C., - Colombia, South America.

Bogotá D.C., 30th October 2008

*Ernesto Quintero Barbier*
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996