SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

Résumé: Lieutenant Colonel **VARGAS-CUENCA YESID REMIGIO**

| Children's Names | Date of Birth |
|---|---|
| VARGAS-PERDOMO YESID FERNANDO | 10th March 1989 |
| VARGAS-PERDOMO SONIA CRISTINA | 29th July 1990 |
| VARGAS-PERDOMO PABLO ANDRES | 20th January 1996 |

**MEDALS**

| Distinctive | Category | Fiscal Date | | Bestowal | |
|---|---|---|---|---|---|
| Governor's Medal | Special | 20th Sept – 90 | R | 013 | 20th Sept |
| Honorable Mention | First Time | 24th Oct – 90 | R | 11205 | 24th Oct |
| Notable Services Medal | First Time | 24th Oct – 90 | R | 11028 | 24th Oct |
| Municipal Mayoralties Medal | Special | 07th Dec – 90 | D | 209 | 07th Dec |
| Municipal Mayoralties Medal | Special | 16th Aug – 91 | R | 064 | 16th Aug |
| Honorable Mention | Second Time | 24th Aug – 93 | R | 7091 | 24th Aug |
| Notable Services Medal | Second Time | 20th Oct – 94 | R | 14146 | 20th Oct |
| Governor's Medal | Special | 04th Nov – 94 | D | 01144 | 04th Nov |
| Honor to Merits Official Distinction Medal | Special | 02nd Nov – 95 | D | 0031 | 02nd Nov |
| Honorable Mention | Third Time | 03rd Oct – 96 | R | 05041 | 03rd Oct |
| Usaquén Mayoralty Medal | Special | 07th Nov – 96 | R | 190 | 07th Nov |
| Governor's Medal | First Time | 13th Nov – 97 | D | 02872 | 13th Nov |
| Distinction to Police Merits | Special | 17th Feb – 98 | R | 024 | 17th Feb |
| Notable Services Medal | First Time College | 30th Oct – 98 | R | 03139 | 30th Oct |
| Honorable Mention | Fourth Time | 05th Nov – 99 | R | 04052 | 19th Nov |
| Honorable Mention | Golden Category | 10th Nov – 99 | D | 310 | 10th Nov |
| Services Medal | 15 Years | 01st Dec – 00 | R | 1664 | 01st Nov |
| Honorable Mention | Fifth Time | 05th Nov – 02 | R | 01951 | 16th Sep |
| Municipality Honorable Mention | Honor to Merits | 19th July – 03 | O | S/N | 29th Jul |
| Notable Services Medal | Second Time College | 05th Nov – 03 | R | 2337 | 27th Oct |
| Musical City Council Order Medal | First Time | 05th Nov – 03 | R | 125 | 05th Nov |
| Combeima Municipality Order Medal | First Time | 18th Nov – 03 | D | 0796 | 18th Nov |
| Civic Merit Assembly Medal | First Time | 18th Nov – 03 | R | 114 | 18th Nov |
| Mayoralty Coat of Arms Medal | First Time | 21st Nov – 03 | D | 162 | 21st Nov |
| Municipality Council Honorable Mention | Special | 09th July – 04 | R | 014 | 09th Jul |

**SALUTATIONS**

| Type | Reason | Fiscal Date | | Bestowal | |
|---|---|---|---|---|---|
| Private Salutation | For consecration to work | 01st Apr – 84 | U | 068 | 01st Apr |
| Private Salutation | National Police Good Service Performance | 09th Nov – 84 | U | 228 | 09th Nov |
| Private Salutation | For consecration to work | 24th Jan – 85 | U | 013 | 24th Jan |
| Private Salutation | For consecration to work | 13th Mar – 85 | U | 050 | 13th Mar |
| Private Salutation | Good Service Performance to National Police | 09th Apr – 85 | U | 068 | 09th Apr |

*Ernesto Quintero Barbis*
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

| Type | Reason | Fiscal Date | Bestowal | |
|---|---|---|---|---|
| Private Salutation | For consecration to work | 16th May – 85 | U 100 | 16th May |
| Private Salutation | Good Performance of Duties | 05th Sep – 85 | U 176 | 05th Sep |
| Private Salutation | Responsibility during Duties | 22nd May – 86 | U 111 | 26th May |
| Individual Salutation | Operative | 08th Oct – 86 | U 211 | 08th Oct |
| Collective Public Salutation | Obtaining Elements | 26th Nov – 86 | U 245 | 26th Nov |
| Individual Salutation | Operative | 04th May – 87 | U 100 | 04th May |
| Individual Salutation | Good Performance of Duties | 25th May – 87 | U 118 | 25th May |
| Individual Salutation | Recovering Elements | 09th Jun – 87 | U 132 | 09th Jun |
| Collective Public Salutation | For consecration to work | 09th Jun – 87 | U 132 | 09th Jun |
| Individual Salutation | Recovering Elements | 10th Jun – 87 | U 133 | 18th Jun |
| Individual Salutation | Arresting a known criminal | 26th Jun – 87 | U 146 | 26th Jun |
| Individual Salutation | Arresting a known criminal | 27th Jul – 87 | U 170 | 27th Jul |
| Individual Salutation | For spirit of cooperation | 27th Aug – 87 | U 344 | 27th Aug |
| Individual Salutation | Operative | 29th Sep – 87 | U 222 | 29th Sep |
| Collective Public Salutation | Good Performance of Duties | 05th Oct – 87 | U 227 | 05th Oct |
| Individual Salutation | Recovering Elements | 28th Oct – 87 | U 246 | 28th Oct |
| Individual Salutation | Arresting a known criminal | 09th Nov – 87 | U 254 | 09th Nov |
| Individual Salutation | Recovering Elements | 16th Nov – 87 | U 456 | 16th Nov |
| Collective Public Salutation | Arresting a known criminal | 07th Dec – 87 | U 278 | 07th Dec |
| Individual Salutation | Good Performance of Duties | 18th Feb – 88 | U 039 | 18th Feb |
| Individual Salutation | Operative | 08th Mar – 88 | U 055 | 08th Mar |
| Collective Public Salutation | Good Performance of Duties | 23rd May – 88 | U 096 | 23rd May |
| Collective Public Salutation | Good Performance of Duties | 03rd Dec – 88 | U 275 | 03rd Dec |
| Collective Public Salutation | Good Service Performance to National Police | 03rd Apr – 89 | U 074 | 03rd Apr |
| Individual Salutation | Good Performance of Duties | 10th Jun – 89 | U 129 | 10th Jun |
| Individual Salutation | Arresting a known criminal | 20th Sep – 89 | U 211 | 20th Sep |
| Collective Public Salutation | For consecration to work | 23rd Mar – 90 | U 055 | 23rd Mar |
| Individual Salutation | Repairing Locations | 30th Apr – 90 | U 078 | 30th Apr |
| Individual Salutation | Good Service Performance to National Police | 31st May – 90 | U 098 | 31st May |
| Individual Salutation | Planning, Organization and Work | 06th Jul – 90 | U 120 | 06th Jul |
| Individual Salutation | Obtaining Elements | 09th Aug – 90 | U ~~143~~ | 09th Aug |

*Ernesto Quintero Barbos*
Traductor e Intérprete Oficial
Resolución No. 0057 Minijusticia 1996