SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

| Type | Reason | Fiscal Date | Bestowal | |
|---|---|---|---|---|
| Individual Salutation | Repairing Locations | 16th Aug – 90 | U 148 | 16th Aug |
| Individual Salutation | Obtaining Elements | 03rd Sep – 90 | U 159 | 03rd Nov |
| Individual Salutation | Good Service Performance to National Police | 04th Jul – 91 | U 124 | 04th Jul |
| Collective Public Salutation | Good Performance of Duties | 11th Mar – 92 | U 011 | 11th Mar |
| Individual Salutation | Good Performance of Duties | 13th Oct – 92 | U 041 | 13th Oct |
| Collective Public Salutation | Good Performance of Duties | 06th Apr – 93 | U 018 | 06th Jun |
| Collective Public Salutation | Operative | 29th Apr – 93 | U 017 | 30th Apr |
| Collective Public Salutation | Community Work | 06th Oct – 95 | U 0034 | 06th Oct |
| Collective Public Salutation | Good Performance of Duties | 12th Feb – 96 | U 0002 | 12th Feb |
| Collective Public Salutation | Good Performance of Duties | 23rd Feb – 96 | U 0008 | 23rd Feb |
| Collective Public Salutation | Good Performance of Duties | 29th Apr – 96 | U 0017 | 29th Apr |
| Individual Salutation | Good Performance of Duties | 21st Feb – 97 | U 0037 | 21st Feb |
| Collective Public Salutation | For Spirit of Cooperation | 18th Jul – 97 | U 142 | 18th Jul |
| Collective Public Salutation | Command and Knowledge of Duties | 23rd Jan – 98 | U 0017 | 23rd Jan |
| Collective Public Salutation | Command and Knowledge of Duties | 27th Apr – 98 | U 0083 | 27th Apr |
| Individual Salutation | Command and Knowledge of Duties | 18th May – 98 | U 0098 | 18th May |
| Collective Public Salutation | Command and Knowledge of Duties | 25th Jun – 98 | U 0104 | 26th May |
| Collective Public Salutation | Command and Knowledge of Duties | 14th Sep – 98 | U 0179 | 14th Sep |
| Collective Public Salutation | Command and Knowledge of Duties | 15th Sep – 98 | U 0180 | 15th Sep |
| Individual Salutation | Command and Knowledge of Duties | 17th Sep – 98 | U 0182 | 17th Sep |

*Ernesto Quintero Barbies*
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

| Type | Reason | Fiscal Date | Bestowal | |
|---|---|---|---|---|
| Collective Public Salutation | Command and Knowledge of Duties | 13th Nov – 98 | U 0016 | 24th Jan |
| Collective Public Salutation | Good Performance of Duties | 18th Nov – 98 | U ------ | 18th Nov |
| Collective Public Salutation | Good Performance of Duties | 24th Dec – 98 | U 255 | 24th Dec |
| Collective Public Salutation | Good Performance of Duties | 28th Feb – 99 | U 041 | 28th Feb |
| Collective Public Salutation | Command and Knowledge of Duties | 31st May – 99 | U 0115 | 11th Jun |
| Individual Salutation | Command and Knowledge of Duties | 04th Jun – 99 | U 0125 | 25th Jun |
| Collective Public Salutation | Command and Knowledge of Duties | 23rd Jul – 99 | U 0145 | 23rd Jul |
| Individual Salutation | Good Performance of Duties | 10th Sep – 99 | U 180 | 10th Sep |
| Collective Public Salutation | For consecration to work | 05th Nov – 99 | U 235 | 05th Nov |
| Private Salutation | Responsibility during Duties | 05th Nov – 99 | U 235 | 05th Nov |
| Special Salutation | Planning, Organization and Work | 18th Feb – 03 | U 0021 | 24th Feb |
| Special Salutation | Planning, Organization and Work | 01st Apr – 03 | U 0040 | 01st Apr |
| Special Salutation | For consecration to work | 12th Aug – 03 | U 0100 | 12th Aug |
| Special Salutation | For consecration to work | 27th Aug – 03 | U 0111 | 03rd Sep |
| Special Salutation | Good Duty Performance | 24th Oct – 04 | U 205 | 29th Oct |

**DISCIPLINARY SANCTIONS**

| Corrective | Amount | Days | Causal | Fiscal Date | Disposition |
|---|---|---|---|---|---|

**THERE ARE NO DISCIPLINARY SANCTIONS DURING THE LAST FIVE (5) YEARS**

**SUSPENSIONS**
**THERE ARE NO SUSPENSIONS**

This document is not valid without being checked and signed by the authorities from the unit or repartition who are in charge of verifying its truth and authenticity

*Ernesto Quintero Barbios*
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996