SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

Above information is subject to changes when a feeding process of novelties occurring in personnel management is carried out regarding summaries and certificates which have been reported. Above information is subject to verification due to change of system.

(Signed)  
D4 JANETH ALEXANDRA ESCOBAR-BELLO

(Signed)  
SC ROBINSON MARIN-MEJIA

-----------------------------------------------------------------------------------------------

### Certification of Translator's Competence

I, <u>ERNESTO QUINTERO BARBIER</u>, hereby certify that the attached is an accurate translation of the original <u>Certificate</u> in <u>Spanish</u> and that I am competent in both <u>English</u> and <u>Spanish</u> languages, to render such translation. – Official Translator and Interpreter in and for the Republic of Colombia, with License granted by the Colombian Ministry of Justice through Resolution No. 0057 dated 5th February 1996, duly sworn and qualified to act as such, and whose signature is duly registered in the Office of Legalization of the Ministry of Foreign Affairs of Colombia in the City of Bogotá.
My forwarding address is: Carrera 3 No. 17–41 - E-mail: eqtraducciones@hotmail.com
Telephone: 318 7460 / 318 7461 / 284 1179 – Fax: 284 7759
Bogotá D.C., - Colombia, South America.

Bogotá D.C., 30th October 2008

*Ernesto Quintero Barbier*
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996

REPUBLICA DE COLOMBIA

# CONSEJO PROFESIONAL DE ADMINISTRACION DE EMPRESAS

Matrícula No. 26584

El Presidente y el Secretario del Consejo Profesional de Administración de Empresas, en uso de la facultad que les otorga el Artículo 20 del Decreto 2718 de 1984,

CERTIFICAN:

Que YESID REMIGIO VARGAS CUENCA************************************ con cédula de ciudadanía No. 12,122,642 o de extranjería No. ************ de NEIVA(HUILA)*********, fue matriculado(a) como Administrador de Empresas, al tenor de lo ordenado en la Resolución Número 8628 de fecha 11/12/04 que por su parte resolutiva se copia así: Artículo Primero: Otorgar Matrícula Profesional a YESID REMIGIO VARGAS CUENCA************************************ identificado(a) con cédula de ciudadanía No. 12,122,642 ******** o de extranjería No. ******************* de NEIVA(HUILA)**** graduado (a) en la Universidad COOPERATIVA DE COLOMBIA (BOGOTA)************************************ para habilitarle en el ejercicio legal de la Profesión de Administrador de Empresas en el territorio de la República, en los términos definidos por la Ley 60 de 1981 y el Decreto Reglamentario 2718 de 1984.

Dada en Bogotá D.C., a los DOCE (12) DIAS DEL MES DE NOVIEMBRE DEL AÑO DOS MIL CUATRO (2004) *******************************

JUAN CARLOS RONDON AVENDAÑO  
Presidente

ALVARO VELASQUEZ CAICEDO  
Secretario

JORGE LUIS BUELVAS H.  
NOTARIO SESENTA Y DOS

21 OCT 2008