# EXHIBIT "E"

Bogota, 29 de noviembre de 2008-10-29

Señora Jueza
DENISE COTE

Con el respeto que usted me merece, permítame saludarla cordialmente y a la vez expresarle lo siguiente:

YESID REMIGIO VARGAS CUENCA y yo SONIA PERDOMO ESCOBAR, nos conocimos en junio de 1981, cuando aún cursábamos estudios secundarios, iniciamos un noviazgo que decidimos finalizar para unirnos en matrimonio el 16 de octubre de 1988 y desde ese mismo instante decidimos emprender un bello viaje por la vida, juntos con el gran sueño de formar un hogar en donde el amor y el respeto mutuos fueran las principales fuentes de inspiración para salir adelante día tras día. De nuestra feliz unión nacieron nuestros tres hijos: YESID FERNANDO, con 19 años de edad, actualmente es estudiante para piloto de aviones comerciales; SONIA CRISTINA, con 18 años de edad cursa el segundo semestre de la carrera Ciencia Política, en la Universidad del Rosario de Bogotá y nuestro pequeño PABLO ANDRES, 12 años de edad, cursa séptimo de educación secundaria. Los tres niños son excelentes estudiantes, abnegados, dedicados y firmes en sus valores morales recibidos en el seno de nuestro hogar, plenos de sueños y propósitos que con la ayuda de Dios sacarán adelante, con el único fin de una vez logrados dedicarse al servicio de Dios antes que al del hombre.

Desde el mismo momento que comenzó todo esta situación y tuvimos que separarnos de nuestro amado esposo y padre, clamamos a un Dios verdadero para que su regreso no se prolongue, pues es la primera vez que nos separamos tanto tiempo de él y a pesar que Dios no nos ha abandonado y nuestra fe cada día aumenta más y más, han sido momentos difíciles sobre todo para nuestros tres niños quienes imploran su pronto regreso. Ante todo acatando la santa voluntad de Dios, no nos cansamos de darle gracias por ese día en el que Yesid regrese a nuestro hogar, pues va a ser el más feliz de nuestras vidas y plenamente seguros de que en ese mismo momento las lágrimas de tristeza se van a convertir en lágrimas de dicha y felicidad desbordantes, e indescriptibles.

Doctora somos conscientes de que estamos en las manos de Dios y en las suyas por supuesto, y El le ha de dar sabiduría para decidir sobre nuestro caso.

Le agradezco inmensamente su tiempo y su atención a la presente que la única intensión que lleva es contarle quienes somos para Yesid y quien es él para nosotros.

Atentamente,

SONIA PERDOMO ESCOBAR
CC. 36.172.202 de Neiva