A LAS AUTORIDADES DE LOS ESTADOS UNIDOS DE AMERICA, CON TODO RESPETO

PERSONALIDAD DEL SEÑOR OFICIAL DE POLICIA YESID VARGAS CUENCA

Soy Luis Alberto Campos Rodríguez; porto la cédula número 4.901.880, que me fue expedida en Garzón; soy Abogado con Tarjeta 36.215, que me entregó el Consejo Superior de la Judicatura; cumplí setenta años de edad; soy casado con Irma Vargas Cadena, y padre de tres hijos.- DECLARO SOBRE YESID VARGAS CUENCA.

En Garzón, una ciudad de bellas costumbres, se educaron, don Octavio Vargas, quien contrajo matrimonio con la señora Regina Silva, a quienes conocí y traté. También conocí a don Rito Antonio Cuenca, y a su esposa, la señora Cristina Cortés: ellos conformaron uno de los matrimonios más felices, y más alegres de Garzón: tenían muchos amigos, con quienes departían, sobre el nivel común del recíproco respeto y de la verdadera amistad. De estos hogares, y entre numerosos hermanos, nacieron Remigio Vargas Silva y Aura Celia Cuenca Cortés: ellos se casaron para formar un hogar que brilló en Garzón como un ejemplo de virtud y de arraigo unitario. Ellos son los padres de Yesid Vargas Cuenca, a quien conocí desde cuando era un niño, que entraba feliz a la Catedral, en las filas de su Colegio, o de la mano de sus padres, para darle gracias a Dios. Yo ví a ese niño, y de sus ojos aprendí la inocencia que la fe comunica, cuando de sus labios brotaba un saludo respetuoso de amigo tierno: ese niño era un tesoro incesantemente puro, porque su lecho, su cuna, habían sido incorruptibles, siempre.--- Aún seguí viendo crecer a Yesid, y triunfar en sus estudios, hasta cuando alcanzó la altura de Oficial de la Policía: cuando yo, con jerarquía de Magistrado del Departamento del Huila, revisaba, por mis funciones de Fiscal, las actuaciones de la Policía, sabía que en ese Cuerpo estaba trabajando Yesid Vargas Cuenca, para detener, y controlar, las malignas combinaciones de la mafia de la droga, y del crimen, y de la guerrilla, armados: en las manos de Yesid no cabían impurezas, y de ello estaba yo seguro: porque sabía de sus obras, salidas de un corazón incólume, e ilustradas por una mente diáfana, cristalina, jamás empañada.-- Ese era el Yesid Vargas Cuenca, de quien yo, ya viejo, había podido predecir las mejores acciones.--- Sí: hoy me duele el alma el saber que mi niño Yesid está preso.- Pero no me duele la mente, ni me tiemblan las palabras para decirle, con altura y con firmeza, al Señor Juez, que tenga la más sólida seguridad, de que Yesid Vargas Cuenca es hombre de bien; que es Policía no corrupto, ni corruptible. Señor Juez: juzgue mis expresiones, apriételas en sus puños, y compenétrese de que solamente me interesa colocarme frente a su mesa, colaborar con usted, para que ponga en duda los cargos que se le hayan hecho a Yesid, e implante, con mi modesta





ayuda, a favor de Yesid, la única verdad. Yo me ejercí de Juez, durante 33 años, y, por intermedio de personas honorables, creo que percibí los hechos, los casos, en su escueta verdad, para juzgar con acierto los hechos, y a las personas.—En Colombia hay corrupción, como la hay en todo el mundo.— A ustedes les llegan, desde Colombia, aseveraciones de que acá los militares son lo peor, y que masacran sindicalistas, por ejemplo.- Esas, en su mayoría, son composiciones de mala fe.- Porque acá, desde cuando en 1.986 se amnistió a los asesinos del M19, y se los nombró Cónsules en varios países, ellos quebrantaron sus compromisos, y siguieron alentando el delito, limpiando el camino para los guerrilleros: uno de los subterfugios de su ingenio fue el dotar de carnet de sindicalistas, a los guerrilleros activos, y para ello, por otro lado, se tomaron toda la fuerza sindical de Colombia: eso lo he vivido. Y los Gobiernos, que han sido casi de los mismos, les han permitido todo eso.- E inmediatamente, todos ellos, QUE SE AUTODENOMINARON: FARC E.P., (Fuerzas Armadas de Colombia, Ejército del Pueblo); E.P.L. ( Ejército Popular de Liberación); E. L. N. (Ejército de Liberación Nacional); y su más reciente ficción contra la cual dijeron guerrear – AUC (Autodefensas Unidas de Colombia), no contentos con apoderarse de las fincas y de los ganados de sus muertos; con robar Bancos en asaltos armados; con secuestrar comerciantes y ganaderos, y empleados de Compañías extranjeras que les pagaran rescates en dollares y en euros, se sobreenriquecieron con el narcotráfico internacional. Pero es no era suficiente, porque tenían que asegurar los frutos de sus delitos, y también su propia impunidad. Para conseguirlo se penetraron como funcionarios de la Justicia; y como servidores del Ejército, de la Policía, de la Diplomacia, y de las Universidades; y fundaron numerosas ONG : desde allí planean delitos, pero también las pruebas de ellos, para que recaigan sobre los compañeros, que son inocentes, pero se verán, sorpresivamente, agobiados con las pruebas; y acusan con fiereza; y hasta logran hacer creer, por donde menos se piense, que los delincuentes no son ellos, sino estos otros, los que venían trabajando las investigaciones, y venían descubriendo tramas, y tratando de recuperar la justicia: todo esto me ha tocado vivirlo, también.—Por eso SOSTENGO, sin miedo a engañarme: YESID VARGAS CUENCA, OFICIAL DE LA POLICÍA DE COLOMBIA, no ha cometido delito jamás. Ningún delito. Como ha sido honrado en su trabajo, se entiende que habrá sido calumniado, y que se le calumniará. Ojalá se me permitiera esgrimir mi Tarjeta, para demostrar las mentiras que contenga algún proceso.- Hoy escribo esto, para jurar sobre mis palabras. Si el señor Juez cree que debo ir a la Embajada, a declarar, le agradezco y voy. Porque me interesa que pueda cogerse con la mano la verdad, y que ella impregne el nombre inocente de Yesid Vargas Cuenca, a quien espero pronto abrazar, como liberado por la fuerza de su propia inocencia. Muchas gracias, Señor Juez: escúcheme.- Respetuosamente,

_____  c.c.d 4.401.880 Garzón
LUIS ALBERTO CAMPOS RODRIGUEZ