SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

**RESPECTFULLY, TO THE AUTHORITIES OF THE UNITED STATES OF AMERICA**

PERSONALITY OF POLICE OFFICER Mr. YESID VARGAS-CUENCA

I am Luis Alberto Campos-Rodríguez, bearer of Colombian Citizen's Card Number 4.901.880 issued in the Municipality of Garzón; I am a Attorney at Law with Professional Card 36.215 issued by the Supreme Court of Justice; I am seventy years old, married to Mrs. Irma Vargas-Cadena, and the father of three children. - I DO HEREBY DECLARE ON YESID VARGAS-CUENCA.

In the Municipality of Garzón, a city having sound traditions, Mr. Octavio Vargas married Mrs. Regina Silva making a distinguished couple who I knew and socialized with. I also knew Mr. Rito Antonio Cuenca, and his wife, Mrs. Cristina Cortés: they were one of the happiest, and most cheerful couple in the Municipality of Garzón: they had many respectful friends based on the common level of reciprocal respect and true friendship. From these homes, and among numerous siblings, Remigio Vargas-Silva and Aura Celia Cuenca-Cortés were born: they married to form a family that shone in Garzón as an example of virtue and unitary rooting. They are Yesid Vargas-Cuenca's parents who I knew from childhood since he happily entered to the Cathedral, in the lines of his School, or holding his parent's hand, to thank God. I saw that boy, and from his eyes I learned the innocence that faith communicates, when a respectful greeting of a tender friend came out from his lips: that boy was an unceasingly pure treasure, because his birth, his cradle, had been always incorruptible. I still continued seeing Yesid growing, and triumphing in his studies, until he reached the height of Police Officer: when I, with hierarchy as Huila Department Magistrate, reviewed, due to my functions as General Attorney, the performances from Police, I knew that Yesid Vargas-Cuenca was making part of that Institution, to stop, and control, the deadly combinations of armed drug mafias, crime and guerrilla: it was not possible to have the hands of Yesid stained and I am absolutely sure of that: because I knew about his acting, coming out of a clean

*Ernesto Quintero Barbier*
Traductor e Intérprete Oficial

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

heart, and dictated by a transparent, crystalline mind, never misty. That was the Yesid Vargas-Cuenca, of who I, an old man by now, had been able to predict the best actions. Yes: today my soul hurts me when knowing that my boy Yesid is a prisoner. But it doesn't hurt me in my mind, neither my words tremble to declare before the Honorable Judge hat Yesid Vargas-Cuenca is man of good; that he is not a corrupt, neither corruptible Policeman. Your Honor: I beg You to judge my expressions, press them in Your fists, and understand that it only interests me to place me in front of Your desk, to assist you, to question the charges that have been made against Yesid, and stress, with my humble assistance, in favor of Yesid, the only truth. I was myself a Judge during 33 years, and, through honorable people, I believe that I perceived the facts, the cases, in their concise truth, to rightly judge facts as well as people. There is a lot of corruption in Colombia, as there is around the world. You receive information from Colombia that the military are the worst here, and that they slaughter union members, for instance. Most of such asseverations are made in bad faith. Because here, from when in 1.986 the murderers of the M19 guerrilla group were amnestied, and were appointed as Consuls in several countries, they broke their commitments, and continued encouraging crime, cleaning up the way for guerillas members: one of the subterfuges invented by them was providing identity cards as union members to active guerilla fighters, and in order to achieve their objective, on the other hand, they took control of all union forces in Colombia: I have lived through such experiences. And the Governments that have been almost of the same type, have allowed that to happen. And immediately, all of them THAT CALLED THEMSELVES : FARC (Colombian Revolutionary Armed Forces) E.P., (People's Army); E.P.L (Popular Liberation Army); E. L. N. (National Liberation Army); and their most recent fiction against which they said declared war - AUC (Colombian United Self-defenses), not being comfortable enough with having taken possession of properties and livestock of their rightful owners, now murdered; by armed robbery, assaulting Banks; through kidnapping business people and ranch owners as well as staff working for foreign Companies that paid them rescues in dollars and Euros, those bandits were multimillionaires through international drug trafficking. But it is it was not

*Ernesto Quintero Barbosa*
Traductor e Intérprete Oficial