SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

enough, since they had to assure the fruits of their crimes, and also their own impunity. In order to obtain that, they then infiltrated Justice officers; and in their capacity as Army, Police, Diplomacy, and University members; and they founded numerous NGO's: they plan crimes from there, but also evidence, in order to blame their innocent colleges who will be surprisingly overwhelmed by evidence; and they accuse with fierceness; and until they make believe, from unexpected angles, that they are not criminals, but their innocents colleges who were working in enquiries and were uncovering plots, and trying to recover justice: I have also lived through all that. This is why I SUSTAIN, without fear to deceive me: YESID VARGAS-CUENCA, COLOMBIAN POLICE OFFICER, has never committed a crime. No crimes at all. Since he has been honest in his work, it is understood that he has been calumniated, and that he will be calumniated. I wish I were allowed to use my Professional Card, to demonstrate the lies contained in the accusations. I am writing today to swear on my words. If the Honorable Judge believes that I should present myself before the United States Embassy to declare, I will be grateful and ready to go. Because it interests me that truth can be seen shining on the innocent name of Yesid Vargas-Cuenca, who I hope soon to hug, as liberated by the force of his own innocence. Thank you very much Your Honor for listening to me. –

Yours Respectfully,

(Signed) - LUIS ALBERTO CAMPOS-RODRIGUEZ

Colombian Citizen's Card # 4,901,880 issued in Garzón

---

SEAL: 52nd Notary Public's Office of the Circle of Bogotá D.C. – PERSONAL PRESENTATION AND ACKNOWLEDGMENT PROCEEDINGS – Before the 52nd Notary Public's Office of the Circle of Bogotá D.C. appeared Mr. Luis Alberto Campos-Rodriguez who produced the Colombian Citizen's Card No. 4,901,880 issued in the Municipality of Garzón as his identification document and attested the contents of this document are true and the signature therein affixed is his. Likewise, the fingerprint therein affixed is his – Bogotá, D.C. 03rd October 2008 – (Illegible Signature) - Colombian Citizen's Card No. 4,901,880 – (There is a fingerprint) – Right-hand Index fingerprint certified by expressed request of the declarer – I Do Hereby authorize the acknowledgment – (Illegible Signature) – Gabriel Uribe-Roldan - 52nd Notary Public of Bogotá D.C.

Ernesto Quintero Barbosa
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996

SWORN TRANSLATION OF A DOCUMENT WRITTEN IN SPANISH, TO WHICH FOR IDENTIFICATION PURPOSES, THE SEAL OF THIS OFFICE IS AFFIXED

### Certification of Translator's Competence

I, <u>ERNESTO QUINTERO BARBIER</u>, hereby certify that the attached is an accurate translation of the original <u>Certificate</u> in <u>Spanish</u> and that I am competent in both <u>English</u> and <u>Spanish</u> languages, to render such translation. – Official Translator and Interpreter in and for the Republic of Colombia, with License granted by the Colombian Ministry of Justice through Resolution No. 0057 dated 5th February 1996, duly sworn and qualified to act as such, and whose signature is duly registered in the Office of Legalization of the Ministry of Foreign Affairs of Colombia in the City of Bogotá.
My forwarding address is: Carrera 3 No. 17–41 - E-mail: eqtraducciones@hotmail.com
Telephone: 318 7460 / 318 7461 / 284 1179 – Fax: 284 7759
Bogotá D.C., - Colombia, South America.

Bogotá D.C., 30th October 2008

*Ernesto Quintero Barbier*
Traductor e Intérprete Oficial
Resolución No. 0057 Minjusticia 1996