# EXHIBIT "H"

## PROSECUTOR'S GENERAL OFFICE OF THE NATION

Prosecutor Delegated for Prevention in Human Rights and Ethnical Matters

Report of visit of special inspection to the Maximum and Middle Security Penitentiary and Prison of Combita (Establecimiento Penitenciario y Carcelario de Alta y Mediana Seguridad de Combita).

| | |
|---|---|
| Visited establishment: | Maximum and Middle Security Penitentiary and Prison of Combita (Establecimiento Penitenciario y Carcelario de Alta y Mediana Seguridad de Combita) |
| Date of Visit: | October 25, 2007 |
| Officer who made the visit: | Romulo Murillo Rubiano and Margarita Paramo Calderon (Counselors of the Penitentiary and Prison Matters, Prosecutor Delegated for prevention in Human rights and Ethnical Matters) with the support of Oliverio Castañeda Molina, Esq., officer of the Regional Prosecutor's Office of the State of Boyaca. |