The inspection visit made is of the special type and it resulted fro the problems that had arisen (disobedience of the individuals requested in extradition an located in Section 7) and of petitions raised by relatives of the inmates and by the President of the Fundacion para los Derechos de los Colombianos pedidos en Extradición DECOPEX (Foundation for the Rights of Colombians requested in Extradition), who refer that such situation emerged due to the lack of procedural guarantees and the violation to the fundamental rights regarding the living conditions of the inmates.

In interview with the inmates, they refer that their organization originated due to the permanent irregularities performed by the Colombian authorities in the extraction case proceedings, when not taking into account the cover-ups made by the police authorities and the D.A.S., for involving people who have nothing to do with the crimes they are accused of (presumption of innocence), breaching the due process, the right of defense (appointing defense attorneys of the state by the Supreme court of Justice or public defense attorneys, without these attorneys performing the technical defense), the equality in front of the law, and the territoriality and extraterritoriality rights, among others.

*Luis Fernando López Z.*
*Attorney at Law*
*1991*

4

In accordance with the preventive functions laid-down in the Political Constitution and Decree Law 262 of 2000 and specially the protection of human rights of people deprived from freedom and confined in the different prisons, the commission focused on the verification of the living conditions in the said Section 7.

As methodology of the visit, the members of the commissions requested an interview with the director of the prison, Major Elver Gerard Rosas Suarez (D), with the intend of reporting the reason of the visit, but he was presiding over the Human Rights Committee within the penitentiary, the meeting was held with the Surveillance Committee, LC. Libardo Acosta Bejarano, who appointed an officer from the custody and surveillance body to accompany the commission in the tour. In development of the visit officer of the prison were interviewed (guards and administrative personnel of the sanitation area) and some inmates; the facilities were inspected in a general manner, among others, the health area, pointing out the principal health situations found by the Commissions that demanded immediate solution, which were reported to the people in charge and who replied they would proceed to review and provide the corresponding solutions.