Below we analyze the principal observations of the commissions, through topics and formulation of the corresponding recommendations.

I.   General Description of Section 7 and its functioning.

The Section is located in the internal part of the high security prison; in it there is the Guard Command where 2 guards work; it has two doors, one for entering the area and another with gate for accessing the patio; between the two doors are located on one side the store and on the other the classroom; the Section is distributed as follows: A large space for the inmates during the day hours, with a covered part for common dining rooms (concrete), common bathrooms contiguous to the dining room; a television lounge (deteriorated chairs) and another space for taking the sun, playing soccer, volleyball; also reading spaces (providing with furniture), which in accordance with the information provided by some inmates, it was formerly the library (today some inmates are located there9; a room of health attention (stretch, desk, empty shelves 1) an internal hut (empty).

---

1 It is clarified that the shelves remain without medication due security reasons. One of the inmates is in charge of the first aid kit 8medication donated by the inmates, when they leave from the penitentiary).

The cells are located on 3 floors, with two aisles each, with 102 cells and each with two concrete plates that are used for beds.

On the date of the visit, the daily report was given, corresponding to 181 inmates distributed as follows:

| FLOOR 1 | A | 25 | 50 | |
|---|---|---|---|---|
| | B | 25 | | |
| FLOOR 2 | A | 35 | 70 | |
| | B | 35 | | TOTAL 181 |
| FLOOR 3 | A | 31 | 61 | |
| | B | 30 | | |

The locative capacity of Section 7 is for 204 places and as mentioned above, the total number of inmates is 181, which indicates that there is no accumulation.

II.     **Priority Problem Points found by the Commission.**

