The report contains the most significant problems, because many of the particular situations (petitions of the inmates and others easily solvable) were reported to the penitentiary authority, in order to facilitate the processing urgently[2]. The contents of the documents herein reflect an execution of priorities facing the greatest problems observed by the PGN Commission during the inspection visit. Below we present the principal remarks grouped per topics. Each topic counts with a series of duly outlined recommendations addressed to specific authorities for seeking a solution to the problems found.

The report is aimed at serving as a work guide for the execution of a preventive work of the PGN in human rights matters at Section 7 of the EPCAMS of Combita (Maximum and Middle Security Prison of Combita). The application of the recommendation will be followed by the Regional Prosecutor's Office of the State of Boyaca and by the Penitentiary and Prison Matters Group of the Prosecutor Delegated for the Prevention in Human Rights and Ethnical Affairs matters.

---

[2] At the end of the visit the Commissions met with the Director of the prison for informing about the living conditions of the inmates and of their petitions.

### A. Infrastructure of the pavillion

During the visit tour, we observed that various bathrooms located in the yard (next to the dining room), were out or order (damaged) without water(restriction), which produces bad smell and make them look dirty. This does not just affect the good operation of the facilities in general, but it disturbs the peace and health of the people who are at the dining room (space used not only for eating, but for remaining sitting during the day and due to the lack of chairs). The inmates reported their inconformity and uneasiness, due to the location of the bathrooms in this sector and therefore they requested to the commission to process before the penitentiary authority the solution to the inconvenient, whether moving the bathrooms or the dinning room to another place or permitting the access to the bathrooms located in the cells.

Taking into account that the inmates complained for the scarce supply of water and the lack of pressure in the showers located in each one of the corridors, we asked the personnel in charge of the administration and scheduling of the water, and in the first place they reported that the water supply is rationalized in the cells, not in the patios (there was no water in the patio on the day of the visit). Facing this situation the officers proceeded to give us a demonstration of the water pressure and the supply of water in the