showers, where we verified that the water did not reach any of the showers of the third floor and some of the second floor. Therefore, we recommended the personnel in charge to verify the situation and adopt the corresponding corrective measures in order to guarantee the right to the use of water.

On the other hand, various cells of some floors were reviewed, finding that some cells had humidity problems (specially those of the first floor), which has made the mattresses, sheets and covers to get humid, a situation that affects the health of the people dwelling there. Likewise, the bathrooms of some cells are not in good operation conditions (Cell 1). These situations were reported to the penitentiary authorities.

Facing the above facts, it is convenient to remember the guidelines of the minimum rules for treatment of the inmates, rule 13:

"*The bathroom and shower facilities must be appropriate so that each inmate will be able to take a bath at a temperature adopted to the climate and as frequently as required for general hygiene in accordance with the season and within the geographic region, but at least once a week in a moderate climate*".

In the same manner, it is noteworthy to remind what is stated in the Manual for the penitentiary personnel. 3.

"In addition, it is necessary to adopt the necessary measures so that the inmates will eat in appropriate circumstances..." (...) It is mandatory that the inmates should have regular access to drinkable water. These facilities will be separated from those used for a toilet."

**Recommendations:**

- To the General Director of the INPEC: To process before the Fondo de Infraestructura Carcelaria (FIC), (Penitentiary Infrastructure Fund), the review of the work construction, specially the bathrooms, in order to provide a solution to the separation of the bathrooms from the dinning room.
- To the General Director of the INPEC and to the Director of EPCAMS: to seek alternatives for the solution to the separation of bathrooms and the dinning room, while the FIC makes the corresponding fittings.
- To the General Director of the INPEC: To process the resources for the fitting of the bathrooms of the year and of the affected cells.