11

- To the General Director of the INPEC and of the EPCAMS: To guarantee the inmate's right to the water, supplying this good timely and effectively at all places of the prison, mainly in the showers of the mentioned corridors. Likewise, to perform all the required proceedings so that situations as those mentioned in the report will not happen again.
- To the Director of the Prison: to order the pertinent for providing mattresses changing those damaged by the humidity.

### A. Complains and Petitions of the Inmates Population:

The commission received from some inmates, the following complains, related to the living conditions of the Section. It is convenient to clarify in the report herein, that since October 23, 2007, the starvation strike was suspended.

- Health: scarcity in the supply of medications and delay in the process for validating the medical formulas released by the health professionals (private). Likewise, they report that health attention is insufficient.

---

3 Andrew Coyle, Penitentiary Studies International Center. "Penitentiary administration within the context of human rights". Page 47.

12

The presence of psychologists at the time of entrance of the inmates to the prison and in the patios is requested.

- Health Prevention: It is informed that a single shaving machine is being used for shaving all people in the patio and without due asepsis, which has generated fungus in the inmates population of the patio. The inmates require information on personalized prevention programs, for the one presented in the last few days was transmitted in a loud speaker and it wasn't understandable.
- Water: Deficient supply o water, both for consumption as well as for personal hygiene (water does not reach the showers)
- Bathrooms: Uneasiness due to the closeness of the bathrooms to the dinning room, due to dignity conditions. Also, some bathrooms are not in good operating conditions.
- Food: Variety of products in the stores is requested (inclusion of vegetables, fruits, chicken). Also, the inmates have requested to study the possibility of allowing the entrance to the cell of the chicken leftovers they buy during the date of visit, as for avoiding the waste of this food.

*Luis Hernando Pepez Z.*
*Attorney At Law*