Likewise, the inmates request that to the value assigned to them for daily consumption ($29.000 col. Pesos) not to accumulate the purchasing of items in the store with the purchase of cards for telephone calls.

- Patio: Inconvenient with the rain, because despite of having a roof on the dining room part, when it rains the eater penetrates through the sides, flooding them and getting the inmates wet, because they have no other shelter. Therefore they request the possibility of covering more spaces, improving the existing roof and opening the corridors for protecting against. These events.

Likewise, the request the fixing of the chairs allocated to the TV lounge. Also, authorization for entering DVD movies, for the last DVD was authorized; they have not been able to use it due to the lack of authorization of the movies.

In addition, strict fulfillment of the agreement reached with the penitentiary administration related to the transfer of people to the general soccer field of the prison (once a week) is requested.



Luis Fernando López Z.
Attorney at Law
Official Interpreter & Translator

It is further request the location of books in the place allocated for the library of the patio, because this place is not complying with its duties due to the lack of material.

- Penitentiary Treatment: The patio does not have special and appropriate places for the accomplishment of educational and labor activities. Therefore. we request to locate tents for the people who are carrying out hand or sewing activities in order to avoid climate hazards. In addition. Authorization is requested for the entrance of sufficient material for the performance of these activities and the location of the gym.

- Booths: The concern for sharing the booths with the inmates personnel from other Sections was reported, because this does not guarantee privacy, and because many of them have been blackmailed at this place or in the way to it through the delivery of writings, therefore they request the fitting of an exclusive space for the individuals requested in extradition, due to safety reasons.

- Visits:

- It is request it to study the possibility of granting more time for the spouse visit, because the time granted is not enough (30 minutes).