- Guards: It was reported that searches (seized) are been made in the cells at midnight or the dawn hours, destroying the personal use items and throwing onto the floor food and cloths (bed and personal) and other items owned by them (photographs and written documents). Also, the guard enters the cells requesting personal information 4.
- Public Defense Attorney: Several inmates stated their discontent because the state appointed defense attorneys or public attorney appointed by the Supreme Court of Justice and the Public Defense Attorneys are not complying with their duties within the corresponding cases, therefore, they request to be kept duly informed by their defense attorneys 5.

In accordance with the above, the inmates have complained because at the time of delivering correspondence, they find it opened and without some of the items sent to them (photos). It is clarified that the correspondence is not opened in the presence of the interested party (inmate).

To the Commission it was evident the leisure in which the inmates remain. Therefore, the commission requested the Direction of the prison to carry on the

16

necessary proceedings in order to guarantee an appropriate treatment to the inmate population.

In the same sense, each complain and request mentioned above was reported to the Direction for its study and processing in order to guarantee the rights of the inmate population.

The Direction informed the commission that it would carry out all the pertinent proceedings in order to guarantee the fundamentals rights.

It is pertinent to outline that the Regional Prosecutor's Office of the State of Boyaca, has made strict follow-up to the above mentioned situation. 6. Annex. Contact Data

---

4 Complain attached.

5 List attached

6 Report of the Regional Prosecutor, dated October 25, 2007

---

## Key Contacts in the Penitentiary

| POSITION | NAME | TELEPHONE |
|---|---|---|
| DIRECTOR | MAJOR, ROSAS SUAREZ, ELVER GERARD | 7570181 |