## PROSECUTOR'S GENERAL OF THE NATION

Bogotá, February 7, 2008

Writ No. 431

Mrs.

CARMEN CECILIA ACERO MADERO

Calle 34 S No. 34 C 10

Bogotá

Cordially greeting:

In accordance with your request to the Prosecutor Delegated for Prevention in Human Rights and Ethnical Matters, penitentiary and Prison Affairs Group, and as per petition of the Delegate to our office, attached you will find true copy of the original report of visit to EPCAMS of Combita – Boyaca, performed by that office.

Sincerely yours,

MAGALY ARAUJO MESTRE

Chief, Public Attention Center Division CAP

Division Centro de Atención al Publico Ext. 20100 decap@procuraduria.gov.co

Cra 5 N 15-60 Piso 1 PBX 3360011 www.procuraduria.gov.co

I hereby certify that I am fluent and competent in both, the English and the Spanish languages, and that I have made the above translation from the annexed document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability and belief.

**LUIS FERNANDO YEPEZ, Esq., Official Translator and Interpreter**

Universidad Nacional de Colombia – Bogotá, D.C., Colombia

Resolution N. 1029, Ministry of Justice of Colombia, July 8, 1991.

Tv. 17 N. 98-45 Apt 1103, Bogotá, D.C., Colombia, S.A.

Tel. 7028548 – Mobile: 313-829824  -  aaababel@hotmail.com

**APOSTILLE: AICI144253984**

www.cancilleria.gov.co/apostilla

