



# REPUBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES
# APOSTILLE
### (Convention de La Haye du 5 Octubre 1961)

Libertad y Orden

**País:** **REPUBLICA DE COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:** **YEPEZ ZAMBRANO LUIS FERNANDO**
(Has been signed by: - A été signé par:)

**Actuando en calidad de:** **TRADUCTOR OFICIAL**
(Acting in the capacity of: - Agissant en qualité de: )

**Lleva el sello/estampilla de:** **TRADUCTOR E INTERPRETE OFICIAL**
(Bears the seal/stamp of: - Est revêtu du sceau de / timbre de:)

**Certificado**
(Certified - Attesté)

**En:** **BOGOTA D.C.**
(At: - À:)

**El:** **2/15/2008**
(On: - Le:)

**Por:** **APOSTILLA Y LEGALIZACIONES**
(By: The Ministry of Foreign Affairs of Colombia     - Par: Ministère des Affaires Étrangères de la Colombie     )

**No:** **AICP6555635**
(Under Number: - Sous le numéro:)

Digitally Signed by:
Ministerio de Relaciones Exteriores de Colombia
SAUL GIOVANNI PEREZ GUTIERREZ
Reason: DOCUMENT AUTHENTICITY
Location: Bogotá - Colombia
Date: 15 de Febrero de 2,008

**Firma:** (Signature:)

**Nombre del Titular:** **DIARIO BOYACA 7 DIAS**
(Name of the holder of document: - Nom du titulaire:)

**Tipo de documento:** **TRADUCCION ARTICULO**
(Type of document: - Type du document:)

**Número de hojas apostilladas:** **7**
(Number of pages: - Nombre de pages:)

8215640437491053

---

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:

The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:

L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

## www.cancilleria.gov.co/apostilla

20

## THE SEVEN PLAGUES OF COMBITA

Letters and the accusations from the prisoners' of Cómbita arrive every day at the Attorney's Office and at the People's Defense Attorney's Office.

Stacking, lack of  medical attention and bathrooms batteries, rodents in several areas, uncleanliness, water unfit for human consumption and delay in juridical proceedings, the harms that the 3000 prisoners of this center face.

Out of 300 accusations that have arrived from the jail of Combita to the People's Defense Attorney's Office, 95% correspond to complaints for deficiency in health services. There is proliferation of rats and plagues. In Combita the inmates are "condemned to die", so it is stated by the People's Defense Attorney, Gustavo Adolfo Tobo, when referring to the lack of medical care which the prisoners of medium and high security face.

In the prison located 20 minutes away from Tunja, nearby the north central highway that unites Tunja with Paipa, there is no specialized medicine service, despite that cases of AIDS, heart deficits  and neumological problems have appeared, mainly.

