The population of the two jails, at the moment 3000 prisoners, hardly count with the services of three general doctors who assist common ailments but cannot be in charge of those requiring specialized attention.

"Two persons with AIDS require special care and medicines, but the prison cannot assume the costs of their treatment, so that at any moment they can die inside the jail", Tobo says.

**OTHER IRREGULARITIES**

But the deficiency in the health services is not the only sensitive topic among the inmates population. The water for consumption is not enough, neither the bathrooms (there is a toilet for each 48 people, on the average), so it is denounced by the prisoner, Omar Elvia Celys who complains that he must make the long lines to be able to enter to the bathroom and he already presents health problems due to this situation.

A document drafted by the regional Attorney's office of Boyaca points out that the biggest problem in the prison is that of sanitation, the pavilions present serious hygienic problems. "... some of the sanitary facilities are not in operation; in others general lack of hygiene is evidenced; besides of their very

22

near location to the dining rooms... ", states the report of the public ministry, and adds that there is proliferation of insects and rodents and the absence of good practices of hygiene in the area where the handling of foods is made. "The water that the inmates of the Barne consume is not fit for human consumption; besides, the lack of continued service also becomes focus infections and bad scents", points out one of the paragraphs of the report.

Boyacá Siete Dias knew, from versions of some inmates that the supply is provided only in three half hour gaps.

## STOCKING

Each patio has 102 cells and capacity for 204 inmates. In accordance with the information from the regional Attorney's Office of Boyacá stocking conditions are present in the unit of special confinement in 11 cells, situation that worries the public ministry. While the patios where there is stacking are: the 2, 3, and 5 where there are 220, 213 and 210 prisoners, respectively.

In accordance with the estimates of Gustavo Tobo, People's Defense Attorney, the index of stacking constantly varies, but at this time it is calculated in 30%, approximately.