23

## DOUBLE CONVICTION OF THE PRISONERS DE COMBITA

The inmates of the patio seven, corresponding to extraditable denounce through an official statement that they sent to the Editor of Boyacá, the inadequacies of bathroom batteries, where there are only four toilets for a percentage 192 inmates "that is to say a toilet for each 48 people" besides that they are near the food area, "the scent is unbearable." They state.

In dealing with the toilet and cleaning supplies they denounce that they don't give any supplies at all. (All must be provided by us and more expensive than in the street", situation that the Defense Attorney Tobo confirms, when manifesting that, "especially, the social prisoners (common criminals), lack of an external source of toile and cleaning supply, before the delay of the Inpec in providing them". A group of prisoners from the Patio 3 complain for the lack of activities providing an appropriate rehabilitation process, because there are no educational programs, neither activities in pro of the socialization. "We don't have anything to do, and the leisure is killing us" the spokesman of the group says.

24

Another inmate of this patio indicates that he has had the order of phase change since more than eight months ago, that is to say, permission to pass to a jail of medium security, but that due to the delay in the legal office, its proceeding is frozen.

Dewis Rosemary, American of advanced age regrets the slowness in the system of justice, he is an extraditable prisoner and in accordance with his declarations, it has been more than 22 months since he doesn't receive the visit of the District Attorney who is in charge of his case. The prisoner feels in the "limbo."

### In the maximum security penitentiary measures are taken

The director of the penitentiary center responded to the demands of the Attorney's Office. The water supply for Combita involves Corpoboyaca.

The presence of plagues of rodents in the food area at the moment is fought through a fumigation cycle, said Major Juan Carlos Sandoval, Director of the Jails of Cómbita, through a report of the plan of improvements handed over to the regional Attorney's Office.