25

On the lack of water the document indicates that the situation obeys to the scarce liquid that Corpoboyaca assigns him, in the outlet of the creek that provides it, which at the same time serves as supply to the sectors bordering to the jail.

In front of the more serious human problem, the health service, Sandoval indicated that the transfer of the AIDS sick persons was made to other prison centers in which they are offered a better health service", and the written document, further states that the contract will be renewed with a hospital and a clinic of Tunja, thus attenuating the problem of the specialized medical care.

In dealing with treatment and the irregular permanence of the inmates in the UTE special treatment unit, 29 remain there by their own will, out of 100 that made part of this select group; in addition the Director informs on the implementation of a new treatment policy to the prisoner that tries to avoid the transgression to the rights of the prisoners, under the motto "his human dignity and mine are unbreachable" to continue with the urgent attention to the sanitation of the prison, the Inpec gave elements for the general cleaning of the establishment, especially the common areas and the cells. Concerning the supply of the cleaning and hygiene kits Sandoval informed that these have been handed over to the inmates of the two jails, twice.

*Luis Hernando Weber*
Official Interpreter & Translator
Resolution 1029 Ministry of Justice

26

The delay in the disciplinary and juridical steps and the lack of training to the officers in charge of this dependence is assisted with the help of officials from the regional Attorney's Office and the Technical Body of Investigations, whereby the report states the decrease of conviction terms, transfer applications and juridical steps that are up to date.

The Procurator says that the report is convenient, but he states that "everything is a process, it is still necessary to assist the deficiency of economic resources and adaptation of the sanitary units that are near the food area, which correspond to the infrastructure division". Guana stated his intention of making follow-up to the commitments.

I hereby certify that I am fluent and competent in both, the English and the Spanish languages, and that I have made the above translation from the annexed document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability and belief.

**LUIS FERNANDO YEPEZ, Esq., Official Translator and Interpreter**
Universidad Nacional de Colombia – Bogotá, D.C., Colombia
Resolution N. 1029, Ministry of Justice of Colombia, July 8, 1991.
Tv. 17 N. 98-45 Apt 1103, Bogotá, D.C., Colombia, S.A.
Tel. 7028548 – Mobile: 313-829824  -  aaababel@hotmail.com

**APOSTILLE: AICM1334295**

www.cancilleria.gov.co/apostilla

