27



Libertad y Orden

# REPUBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES
## APOSTILLE
(Convention de La Haye du 5 Octubre 1961)

**País:** REPUBLICA DE COLOMBIA
(Country: - Pays:)

El presente documento público
(This public document - Le présent acte public)

**Ha sido firmado por:** TAPIAS TORRES ANDRES
(Has been signed by: - A été signé par:)

**Actuando en calidad de:** DIRECTOR DE GESTION NOTARIAL
(Acting in the capacity of: - Agissant en qualité de:)

**Lleva el sello/estampilla de:** SUPERINTENDENCIA DE NOTARIADO Y REGISTRO
(Bears the seal/stamp of: - Est revêtu du sceau de / timbre de:)

Certificado
(Certified - Attesté)

**En:** BOGOTA D.C.
(At: - À:)

**El:** 2/12/2008
(On: - Le:)

**Por:** APOSTILLA Y LEGALIZACIONES
(By: The Ministry of Foreign Affairs of Colombia    - Par: Ministère des Affaires Étrangères de la Colombie)

**No:** AICM1334295
(Under Number: - Sous le numéro:)

Digitally Signed by:
Ministerio de Relaciones Exteriores de Colombia
SAUL GIOVANNI PEREZ GUTIERREZ
Reason: DOCUMENT AUTHENTICITY
Location: Bogotá - Colombia
Date: 12 de Febrero de 2,008

**Firma:** (Signature:)

**Nombre del Titular:** DIARIO BOYACA 7 DIAS
(Name of the holder of document: - Nom du titulaire:)

**Tipo de documento:** FOTOCOPIA ARTICULO
(Type of document: - Type du document:)

**Número de hojas apostilladas:** 3
(Number of pages: - Nombre de pages:)

82121248551281435

---

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

**www.cancilleria.gov.co/apostilla**



**VIERNES** DEL 15 AL 18 DE DICIEMBRE DE 2006  $1000

**Boyacá 7 días**

**ORDENAN REPARAR EL BOLÍVAR**
Juzgado de Tunja ordenó a Servigenerales reparar daños causados al monumento.   Pág. 10

**SANCIONADO OTRO ALCALDE**
Procuraduría suspendió por seis meses a Miguel A. Rodríguez, alcalde de Sutamarchán.   Pág. 2

**INVIERTA BIEN** su prima, para que el año nuevo no lo coja sin un peso. Pág. 18



RECLAMA HOY 15 DE DICIEMBRE LA NOVENA DE AGUINALDOS CON 7 días

# Las siete plagas de Cómbita



Hacinamiento, falta de atención médica y de baterías de baños, roedores en varias áreas, desaseo, agua no apta para el consumo y retraso en trámites jurídicos, los males que enfrentan los 3.000 presos de este centro. Pág. 5

## Vendaval 'se llevó' al Cura

Carlos Albeiro Goyeneche, párroco del municipio de Corrales, perdió la vida luego de que una estructura instalada para el sonido le cayó encima debido a un fuerte vendaval que azotó al pueblo. Pág. 12

Cartas y denuncias de los reclusos de Cómbita llegan todos los días a la Procuraduría y a la Defensoría.





**COLEGIO TÉCNICO NACIONAL DE NOBSA**
VALORACIÓN ICFES: SUPERIOR

Cupos disponibles de Preescolar a Undécimo
INSCRIPCIONES ABIERTAS: Teléfonos 7773034 - 7773197



**Fundación Universitaria Juan D Castellanos**

PREGRADOS
Facultad de Ciencias Agrarias
Agrozootecnia
Tecnología en Producción Agraria
Facultad de Ciencias de la Educación
Lic. en Ciencias Religiosas y Ética
Facultad de Ciencias Sociales
Trabajo Social
Facultad de Ingeniería
Ingeniería de Alimentos
Ingeniería de Sistemas
Tecnología en Electrónica

Cursos de Extensión
Conferencias, Cursos, Diplomados y Seminarios
POSGRADOS
Administración, Control y Finanzas Públicas
Lúdica Educativa

**MATRÍCULAS ABIERTAS**

JdC Cultivamos ciencia sabiduría y amor



EBSA: pura energía con calidad
**certificada para sus clientes en la norma NTC-ISO 9001 : 2000**

AREVA  SIEMENS  DISICO  ABB  MELEC  CEDSA





12 FEB. 2008