**4 días | PORTADA** | BOYACÁ / DEL 15 AL 18 DE DICIEMBRE DE 2006

# Las siete 'plagas' de Cómbita

De 300 denuncias que han llegado desde la cárcel de Cómbita a la Defensoría del Pueblo, el 95 por ciento corresponde a quejas por deficiencias en servicios de salud. Hay proliferación de ratas y plagas.

Mónica Agudelo
Especial para Boyacá 7 días



La Procuraduría Regional de Boyacá dio tres meses para que las directivas del Inpec, en Cómbita, solucionen las irregularidades frente a la falta de higiene, presencia de plagas y roedores, entre otros graves hallazgos.



Hay violación de derechos: Gustavo Adolfo Tobo, defensor del Pueblo.



Víctor Manuel Guana Aguirre, Procurador Regional del departamento.

"En Cómbita los internos están condenados a morir", así lo sentencia el defensor del Pueblo, Gustavo Adolfo Tobo, al referirse a la falta de atención médica a la que se enfrentan los reclusos de mediana y alta seguridad.

En el penal, ubicado a 20 minutos de Tunja, en inmediaciones de la Carretera Central del Norte, que une a Tunja con Paipa, no existe servicio de medicina especializada, a pesar de que se han presentado casos de sida, insuficiencias cardíacas y problemas neurológicos, principalmente.

La población de las dos cárceles, actualmente de 3.000 presos, apenas cuenta con los servicios de tres médicos generales, quienes atienden dolencias comunes pero no pueden hacerse cargo de los enfermos que requieren atención especializada.

"Dos enfermos de sida necesitan cuidados y medicinas especiales, pero el penal no puede asumir los costos de sus tratamientos, de manera que en cualquier momento pueden morir dentro de la cárcel", dice Tobo.

### Otras irregularidades

Pero la deficiencia en los servicios de salud no es el único tema sensible dentro de la población carcelaria. El agua para consumo no es suficiente, como tampoco los baños (hay un inodoro por cada 48 personas, en promedio), así lo denuncia el recluso Ómar Elvia Celys, quien se queja de que debe hacer largas filas para poder entrar al baño y ya presenta problemas de salud por esta situación.

Un documento que elaboró la Procuraduría Regional de Boyacá señala que el problema más grande del penal es el de sanidad, los pabellones presentan serios problemas de aseo. "... Algunas de las instalaciones sanitarias no están en funcionamiento; en otras se evidencia el desaseo general; además de su ubicación muy cercana a los comedores...", dice el reporte del Ministerio Público, y agrega que existe proliferación de insectos y roedores y la ausencia de buenas prácticas de higiene en la zona donde se efectúa el manejo de alimentos. "El agua que consumen los internos del Barne no es apta para el consumo humano, además la falta de servicio continuo se convierte en foco de infecciones y malos olores", señala uno de los apartes del informe.

Boyacá 7 días conoció, por versiones de algunos internos, que el suministro se establece, solamente, en tres espacios de media hora.

### Hacinamiento

Cada patio tiene 102 celdas y capacidad para 204 internos. De acuerdo con las informaciones de la Procuraduría Regional de Boyacá se presentan condiciones de sobrecupo en la Unidad de Tratamiento Especial en 11 celdas, situación que preocupó al Ministerio Público. En tanto que en los patios en que se presenta hacinamiento son: el 2, 3 y 5, donde hay 220, 213 y 210 presos, respectivamente.

De acuerdo con los cálculos de Gustavo Tobo, Defensor del Pueblo, el índice de hacinamiento varía constantemente, pero en este momento se calcula en el 30 por ciento, aproximadamente.

## Doble condena de los presos de Cómbita

Los internos del patio 7, correspondiente a extraditables denuncian a través de un comunicado que hicieron llegar a la redacción de Boyacá 7 días, la insuficiencia de baterías de baño, donde sólo hay cuatro inodoros para un porcentaje de 192 internos (es decir un inodoro por cada 48 personas), además de que se encuentran cerca del área de comidas y afirman "el olor es insoportable".

Frente a los suministros de aseo denuncian que no entregan nada de suministros. "Todo lo tenemos que proporcionar nosotros y más caro que en la calle", situación que confirma el defensor Tobo, al manifestar que, "especialmente, los presos sociales (delincuentes comunes), carecen de una fuente externa de suministro de elementos de aseo ante la demora en la entrega de los mismos por parte del Inpec".



Los internos aprovechan ceremonia de confirmación para denunciar irregularidades en Cómbita.

Un grupo de presos del patio 3 se queja por la falta de actividades que brinden un adecuado proceso de rehabilitación, por que no hay programas educativos ni actividades en pro de la socialización. "No tenemos nada que hacer y el ocio nos está matando" indica el vocero del grupo.

Otro interno de este patio indica que hace más de ocho meses tiene la orden de cambio de fase, es decir, el permiso para pasar a una cárcel de mediana seguridad, pero que debido a la demora en la oficina jurídica su trámite está congelado.

Dewis Romero, estadounidense de avanzada edad; lamenta la lentitud en el sistema de justicia, él es un preso extraditable y de acuerdo con sus declaraciones lleva más de 22 meses que no recibe visita del fiscal que lleva su caso. El recluso se siente en el 'limbo'.

Como Notaría Cincuenta y Siete de Bogotá, D.C. CERTIFICO Que el texto de esta copia corresponde al de otra copia auténtica que he tenido a la vista.

Bogotá, D.C.  12 FEB 2008

o días | **PORTADA** | BOYACÁ / DEL 15 AL 18 DE DICIEMBRE DE 2006

# En la penitenciaria de 'máxima' toman medidas

**El director del centro penitenciario respondió a las demandas de la Procuraduría. Suministro de agua para Cómbita involucra a Corpoboyacá.**

La presencia de plagas y roedores en la zona de comidas actualmente se combate a través de un ciclo de fumigaciones, indicó el mayor (r) Juan Carlos Sandoval, director de las cárceles de Cómbita, a través de un informe del Plan de Mejoras entregado a la Procuraduría Regional.

Sobre la falta de agua el documento indica que la situación obedece al poco líquido que le asigna Corpoboyacá, en la toma de la misma del riachuelo que la surte, que a la vez sirve de abastecimiento a los sectores aledaños a la cárcel.

Frente a la problemática humana más aguda, el servicio de salud, Sandoval indicó que "se efectuó el traslado de los dos enfermos de sida a otros centros carcelarios en los cuales se les brinda un mejor servicio de salud", y reitera en el documento escrito que se renovará el contrato con un hospital y una clínica de Tunja, y de esta forma se atenúa el problema de la atención médica especializada.

Frente al trato y la permanencia irregular de los recluidos en la Unidad de Tratamiento Especial UTE, 29 permanecen allí por voluntad propia, de 100 que hacían parte de este 'selecto' grupo. Además, el Director informa sobre la implementación de una nueva política de trato con el recluso, que procura evitar la transgresión a los derechos de los presos, bajo el lema "Su dignidad humana y la mía son inviolables".

Para continuar con la atención urgente a la sanidad del penal, el Inpec entregó elementos para la limpieza general del establecimiento, especialmente de las áreas comunes y las celdas. Con respecto del suministro de los kit de aseo, Sandoval informó que estos se han entregado en dos ocasiones a los internos de las dos cárceles.

La demora en los trámites disciplinarios y jurídicos y la falta de capacitación de los funcionarios al frente de estas dependencias es atendida con la ayuda de funcionarios de la Procuraduría Regional y el Cuerpo Técnico de Investigaciones, con lo cual el informe expresa: las redenciones de pena, solicitudes de traslado y trámites jurídicos se encuentran al día.

El Procurador opinó que el informe es convincente, pero afirma que "todo es un proceso, aún hace falta atender la deficiencia de cursos económicos, y adecuación de las unidades sanitarias, que se encuentran cerca de la zona de comidas y que corresponde a la división de infraestructura". Guana manifestó su intención de hacer seguimiento a los compromisos.

*Director del complejo carcelario acepta que hay abusos por parte de la guardia, sin embargo, habla de nueva política que rescata la dignidad humana.*

---



## Universidad de Boyacá — UniBoyacá

Personería Jurídica N°6553 de Mayo de 1981
Resolución N°2910 del 16 de Septiembre de 2004 MEN.


*Inscripciones Primer Semestre 2007*

- Administración y Negocios Internacionales
- Administración de Empresas
- Administración Financiera y de Sistemas
- Contaduría Pública
- Ingeniería de Sistemas
- Ingeniería Industrial
- Ingeniería Sanitaria
- Arquitectura
- Diseño Gráfico
- Medicina
- Bacteriología y Laboratorio Clínico
- Instrumentación Quirúrgica
- Terapia Respiratoria
- Fisio Terapia
- Derecho y Ciencias Políticas
- Comunicación Social
- Psicología





**Todos Nuestros Programas con Registro Calificado Otorgado por el Ministerio de Educación como reconocimiento de calidad académica**

### Estímulos Académicos
Becas a los mejores bachilleres de cada promoción de todos los colegios del país 50% del valor de la matrícula en cualquier programa académico. Las becas se renuevan semestralmente a los estudiantes que tengan promedio igual o superior a cuatro. Las solicitudes de becas se diligencian en la secretaría general del campus universitario o en la oficina de Bogotá.

### Segundo Programa Profesional
Obtenga un segundo título Profesional cursando únicamente los créditos adicionales. Las asignaturas y créditos del programa base, son válidos para el segundo programa sin ningún costo. Usted puede acomodar su plan de estudios según sus propios

Matrículas e Inscripciones: www.uniboyaca.edu.co, e-mail: informa@uniboyaca.edu.co CAMPUS UNIVERSITARIO Cra. 2 Este N°64-169 Tunja Boyacá Tel: 7450000-7450022 Fax: 7450044. Oficina Bogotá: Cra. 13 N° 93-85 Of. 306 Tel: 6170367- 6170298.
Oficina Yopal Casanare Cll. 8 N° 19-01,13 local 10 Edif. Hayboré Tel: 6348018.
Crédito Universitario: UNIBOYACÁ - ICETEX - Entidades Bancarias.

---

Como Notaria Cincuenta y Siete (57) del Círculo de Bogotá, D.C., CERTIFICO: Que el texto de esta copia corresponde al de otra copia auténtica que he tenido a la vista

Bogotá D.C.

12 FEB. 2018



